Arturo M. Cisneros
3403 Tenth Street
Suite 714
Riverside, CA 92501
amctrustee@mclaw.org
Telephone: (951) 328-3124
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In Re:<br><br>WEST COAST PLASTICS EQUIPMENT & KNIFE INC<br><br><br>Debtor(s). | Case No. 25-14813-RB<br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) [11 USC §341(a)] |

TO THE ABOVE DEBTOR(S) AND THE ATTORNEY(S) OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

You are hereby notified that the Meeting of Creditors pursuant to Title ll U.S.C. § 34l(a) in the above-entitled matter was continued to **September 22, 2025** at **8:30 AM** via Zoom video:

Zoom.us/join
Enter Meeting ID 981 932 8338, and Passcode 8145818592

ALL APPEARANCES ARE MANDATORY UNLESS EXCUSED BY THIS OFFICE PRIOR TO THE HEARING. FAILURE TO APPEAR MAY RESULT IN YOUR CASE BEING DISMISSED.

ALL DOCUMENTS ARE DUE A MINIMUM OF FIVE DAYS BEFORE THE CONTINUED MEETING.

/s/ A. Cisneros
A. Cisneros, TRUSTEE

I certify that I served the within notice on the above debtor(s), debtor's counsel of record, if any, on August 20, 2025.

/s/ Mayra Johnson