United States Bankruptcy Court

Central District of California

In re:  Case No. 25-14813-RB

West Coast Plastics Equipment & Knife, I  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2

Date Rcvd: Aug 21, 2025      Form ID: ntcpdiv      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | West Coast Plastics Equipment & Knife, Inc, 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313-5641 |
| 42571731 | + | American Cutting Edge, 4455 Infirmary Rd, Miamisburg, OH 45342-1233 |
| 42571732 | | Cumberland / ACS, 2900 S 160th St, New Berlin, WI 53151-3606 |
| 42571733 | + | Frome Investments LLC, 151 Kalmus Dr Ste F2, Costa Mesa, CA 92626-5965 |
| 42571734 | | GlobalTranz, 2700 Commerce St Ste 1500, Dallas, TX 75226-1404 |
| 42591891 | + | GlobalTranz Enterprises, LLC, 2700 Commerce St. 15th Floor, 15th Floor, Dallas, TX 75226-1404 |
| 42571737 | | VeriCore, 10115 Kincey Ave Ste 100, Huntersville, NC 28078-6482 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: arturo.cisneros@txitrustee.com | Aug 22 2025 01:21:00 | Arturo Cisneros (TR), 3403 Tenth Street, Suite 714, Riverside, CA 92501 |
| smg | EDI: EDD.COM | Aug 22 2025 05:07:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Aug 22 2025 05:07:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42571735 | EDI: PHINAMERI.COM | Aug 22 2025 05:07:00 | GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 42571736 | Email/Text: bankruptcygroup@sce.com | Aug 22 2025 01:22:00 | Southern California Edison, PO Box 800, Rosemead, CA 91770-0800 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Aug 21, 2025 | Form ID: ntcpdiv | Total Noticed: 12

Date: Aug 23, 2025            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Benjamin Heston | on behalf of Debtor West Coast Plastics Equipment & Knife  Inc bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
West Coast Plastics Equipment & Knife, Inc
**SSN:** N/A
**EIN:** 80−0433133

21935 Van Buren Street, Suite 26
Grand Terrace, CA 92313

**BANKRUPTCY NO.** 6:25−bk−14813−RB
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before November 24, 2025**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: August 21, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**10 /**