# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Name, Address, Telephone Numbers, and California State Bar Number (if applicable) | CASE NO. 25-14813-RB-7 |
|---|---|
| AmeriCredit Financial Services, Inc. dba GM Financial<br>PO Box 183853<br>Arlington, TX  76096<br>(877) 203-5538 | CHAPTER 7 |
| | **[X] REQUEST COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |
| In re:<br><br>West Coast Plastics Equipment & Knife, Inc<br><br><br><br>Debtor(s) | **[ ] REQUEST REMOVAL FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |

## REQUEST TO BE ADDED OR REMOVED FROM
## COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)

To the Clerk of the U.S. Bankruptcy Court, I hereby:

[X] Request Courtesy Notification of Electronic Filing.  The above named wishes to receive courtesy electronic notice of all documents filed in the above referenced case.  I understand the courtesy electronic notification shall be delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF) and that I must be a registered User of the Court's CM/ECF system to be eligible for courtesy NEFs.

I understand it is my responsibility to add myself and my e-mail address to the above reference case via CM/ECF in order to receive a courtesy NEF.

I further understand this request DOES NOT impose any obligation on the Court, the debtors or any other party in the case to deliver courtesy copies of any orders, pleadings or other documents entered on the docket by mail, telephone, facsimile, or any other means of electronic transmission.

I will use docket event "Request for Courtesy Notice of Electronic Filing (NEF)."

[ ] Request Removal from Courtesy Notification of Electronic Filing.  By selecting this option, courtesy notification of court orders and all other pleadings entered on the docket in the above referenced case will no longer be sent via electronic means to the above named.

I will use docket event "Request for REMOVAL from Courtesy Notice of Electronic Filing (NEF)."

**(WARNING:  This form must be used to be added or removed from receiving Courtesy NEFS and may NOT be used in place of Substition of Attorney form F 2090-1.4)**

Dated: _____    /s/ Mandy Youngblood
                              *Signature*

**(NOTE:  This form can only be filed electronically via the Court's CM/ECF system.  Scan this form to a PDF document, then file electronically.)**

This form is mandatory.  It has been approved by the United States Bankruptcy Court for the Central District of California.

*April 2010*

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on September 13, 2025 :

Benjamin Heston
3090 Bristol Street #400
Costa Mesa, CA 92626

Arturo Cisneros
3403 Tenth Street, Suite 714
Riverside, CA 92501

By /s/ Mandy Youngblood
   Mandy Youngblood

xxxxx11070 / 1118711