A. CISNEROS
3403 Tenth Street, Suite 714
Riverside, California 92501
Email: amctrustee@mclaw.org
Telephone: (951) 682-9705
Telecopier: (951) 682-9707

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>WEST COAST PLASTICS EQUIPMENT & KNIFE, INC.,<br><br>Debtors. | Case No. 6:25-bk-14813-RB<br><br>Chapter 7<br><br>TRUSTEE'S APPLICATION TO EMPLOY JACK POPE OF POPE'S AUCTIONS AND ANTIQUES AS TRUSTEE'S AUCTIONEER AND TO PAY AUCTIONEER COMMISSIONS UPON COMPLETION OF SALE; DECLARATIONS OF A. CISNEROS AND JACK POPE IN SUPPORT THEREOF<br><br>No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o) |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

The Application of the Chapter 7 Trustee, A. Cisneros ("Trustee" or "Applicant"), respectfully represents that:

1. Applicant is the duly qualified and acting Chapter 7 Trustee for the estate of <u>West Coast Plastics Equipment & Knife Inc.</u> ("Debtor"), Case No. 6:25-bk-14813-RB ("Estate").

2. This bankruptcy proceeding was commenced on July 17, 2025 by the filing of a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

1

3. Trustee hereby makes application to the Court for an Order authorizing him to employ an auctioneer to conduct an auction sale of the Estate's right, title and interest, in personal property of the Estate; and to pay auctioneer's commission upon completion of the sale and compliance with the policies and procedures of the Office of the United States Trustee.

4. Concurrently herewith, the Trustee is filing a Motion to Approve Auction Sale of the Estate's Right, Title and Interest, if any, in Personal Property of the Estate Pursuant to 11 U.S.C. § 363(b)(1)("Sale Motion"). Pursuant to the Sale Motion, the Trustee proposes to sell on an all cash basis and an as-is basis, all of the Trustee's right, title and interest in the following vehicles and equipment (collectively referred to as "Vehicles, Tools, and Machinery") by means of a public auction:

    i. A 2021 Chevrolet Silverado 1500 with the last 6 of VIN as 270378 ("Truck").
    ii. Forklift Caterpillar 5,000.
    iii. Oxygen Acetylene complete set-up.
    iv. Machinist tools.
    v. 8-foot ladder.
    vi. Tormek bench grinder/sharpener.
    vii. Heavy duty vice set.
    viii. Hand power tools.
    ix. Platform scale.
    x. Box of basic hand tools.
    xi. Motorcycle ramp.
    xii. Craftsman wire-feed welder and cart.
    xiii. Welding rods.

5. The Trustee, with the assistance of Jack Pope ("Pope" or "Auctioneer") of Pope's Auctions and Antiques, completed an analysis of value, and determined that the Vehicles, Tools, and Machinery had a collective gross liquidation value of $34,985; however, after deducting the secured debt on the Truck and costs of sale, the net equity for the Estate is approximately $17,021. A copy of the Auctioneer's values report is attached hereto as Exhibit "1."

///

6. The Trustee requests authorization to employ Pope as his auctioneer. Pope performed the analysis of the Vehicles, Tools, and Machinery to determine appropriate liquidation value; gained possession of the Vehicles, Tools, and Machinery; and is storing same pending authority to proceed with the auction sale. Pope's duties will also include advertising the public auction as appropriate, conducting the public auction, collecting funds, preparing the appropriate reporting, and forwarding proceeds to the Trustee.

7. Furthermore, Trustee requests authorization to allow Auctioneer to advance funds to pay off the secured debt on the Truck and be reimbursed from the sale proceeds. A copy of the current payoff statement for the Truck is attached hereto as Exhibit "2."

8. Trustee has negotiated the Auctioneer's commission to only 25% of the **net proceeds** from the sale to enhance the recovery to creditors. Pursuant to the Office of the United States Trustee's 2011 Revised Supervisory Instruction #10 ("Instruction #10"), Auctioneer's commission shall be payable upon completion of the following:

   a. No later than 7 days after the auction sale, Auctioneer shall turn over any and all proceeds from the auction to the Trustee;

   b. No later than 21 days after the Auction, the Auctioneer shall submit to the Trustee a Report of Auctioneer ("Auction Report") which is consistent with the requirements of Instruction #10; and

   c. Within 7 days of receipt of the Auction Report, the Trustee shall file the Auction Report with the Court together with a brief declaration ("Trustee's Declaration") which is consistent with the requirements of Instruction #10.

9. Provided an Order has been entered approving payment of the Auctioneer's commission, the Trustee shall compensate the Auctioneer for the Court approved fees and expenses within 7 calendar days of the filing with the Court of the Auction Report and the Trustee's Declaration.

10. The Trustee believes that the proposal of the Auctioneer is fair and reasonable and the Trustee should be authorized to pay the Auctioneer pursuant to the terms and conditions set forth above.

///

11. The Trustee is satisfied from the declaration of Jack Pope that he is a disinterested person within the meaning of Bankruptcy Code Section 101(14), and that he is adequately bonded and insured.

**WHEREFORE**, the Trustee requests that the Court enter an order as follows:

a. Authorizing employment of Jack Pope of Pope's Antiques and Auctions as Trustee's Auctioneer;

b. Authorizing Auctioneer to advance funds to pay off the secured debt on the Truck and for Trustee to reimburse Auctioneer from the sale proceeds;

c. Authorizing payment of Auctioneer's commission without further order of this Court upon completion of the sale and the requirements of the Office of the United States Trustee's 2011 Revised Supervisory Instruction #10; and

d. For such other and further relief as the Court deems just and proper.

Dated: October 30, 2025

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　A. CISNEROS, TRUSTEE

# DECLARATION OF A. CISNEROS

I, A. CISNEROS, declare and state as follows:

1. I am the duly appointed, qualified and acting Chapter 7 Trustee, ("Trustee") for the bankruptcy estate of <u>West Coast Plastics Equipment & Knife Inc.</u> ("Debtor"), Case No. 6:25-bk-14813-RB ("Estate"). I am competent to testify to the following of my own personal knowledge, information and belief. I submit this declaration in support of the Trustee's Application to Employ Jack Pope of Pope's Auctions and Antiques as Trustee's Auctioneer and to Pay Commissions upon Completion of Sale ("Application").

2. Debtor in the within proceeding filed for relief under Chapter 7 of the United States Bankruptcy Code on July 17, 2025.

3. I am filing concurrently herewith a Motion to Approve Auction Sale of the Estate's Right, Title and Interest, if any, in Personal Property of the Estate Pursuant to 11 U.S.C. § 363(b)(1)("Sale Motion"). Pursuant to the Sale Motion, I am proposing to sell the Estate's right, title and interest in the below vehicles and equipment (collectively referred to as "Vehicles, Tools, and Machinery"), by way of a public auction, to be conducted by my proposed auctioneer, Jack Pope ("Pope" or "Auctioneer") of Pope's Auctions and Antiques:

    i.     A 2021 Chevrolet Silverado 1500 with the last 6 of VIN as 270378 ("Truck").

    ii.    Forklift Caterpillar 5,000.

    iii.   Oxygen Acetylene complete set-up.

    iv.   Machinist tools.

    v.    8-foot ladder.

    vi.   Tormek bench grinder/sharpener.

    vii.  Heavy duty vice set.

    viii. Hand power tools.

    ix.   Platform scale.

    x.    Box of basic hand tools.

    xi.   Motorcycle ramp.

    xii.  Craftsman wire-feed welder and cart.

xiii. Welding rods.

4. With the assistance of Auctioneer, I completed an analysis of value and determined that the Vehicles, Tools, and Machinery had a gross liquidation value of $34,985; however, after deducting the secured debt on the Truck, and costs of sale, the net equity for the Estate from the Vehicles, Tools, and Machinery is approximately $17,021.

5. The proposed public auction shall be without any warranties, representations or contingencies, free and clear of liens, claims and interests of third parties, with such liens, claims and interests to attach to the sale proceeds.

6. Pope obtained possession of the Vehicles, Tools, and Machinery on my behalf and is storing same pending the Auction sale. Pope performed the analysis of the Vehicles, Tools, and Machinery to determine appropriate liquidation value. Pope's duties will also include advertising the public auction as appropriate, conducting the public auction, collecting funds, preparing appropriate reporting, and forwarding proceeds to me.

7. Furthermore, Auctioneer has agreed to advance funds to pay off the secured debt on the Truck and be reimbursed from the sale proceeds.

8. I negotiated the Auctioneer's commission to only 25% of the **net proceeds** from the sale to enhance the recovery to creditors; and to be paid upon completion of the requirements of the Office of the United States Trustee's 2011 Revised Supervisory Instruction #10.

9. The 25% commission includes all services referenced above, as well as the costs of advertising and labor. There is no buyer's premium associated with the auction. I believe that the proposal of the Auctioneer is fair and reasonable and I should be authorized to pay the Auctioneer on the terms and conditions set forth above.

10. I am satisfied from the declaration of Jack Pope that he is a disinterested person within the meaning of Bankruptcy Code Section 101(14), and that he is adequately bonded and insured.

///

///

///

///

1     I declare under penalty of perjury under the laws of the State of California, that the foregoing is
2 true and correct and that this declaration was executed on this 30 day of October, 2025 at Riverside,
3 California.

                                                      A.CISNEROS

## DECLARATION OF JACK POPE

I, JACK POPE, declare and state as follows:

1. I am a duly licensed public auctioneer and President of Pope's Auctions & Antiques, Inc. ("Pope's"), with offices located at 53797 Ridge Rd., Yucca Valley, California; telephone no. (760) 217-2179. I submit this declaration in support of the Trustee's Application to Employ Jack Pope of Pope's Auctions and Antiques as Trustee's Auctioneer and to Pay Commissions upon Completion of Sale ("Application").

2. I have had extensive experience in the matters to which I am to be engaged and am well qualified to complete the sale of the kind proposed by the Trustee in the foregoing Application. A copy of my resume is attached hereto as Exhibit "3."

3. I assisted the Trustee in completing an appraisal of the vehicles and equipment described below (collectively referred to as "Vehicles, Tools, and Machinery") and have determined that the best means to liquidate same is a public auction:

   i. A 2021 Chevrolet Silverado 1500 with the last 6 of VIN as 270378 ("Truck").
   ii. Forklift Caterpillar 5,000.
   iii. Oxygen Acetylene complete set-up.
   iv. Machinist tools.
   v. 8-foot ladder.
   vi. Tormek bench grinder/sharpener.
   vii. Heavy duty vice set.
   viii. Hand power tools.
   ix. Platform scale.
   x. Box of basic hand tools.
   xi. Motorcycle ramp.
   xii. Craftsman wire-feed welder and cart.
   xiii. Welding rods.

In my opinion, the gross liquidation value is approximately $34,985 with an expected net of $17,021.

///

8

4.  I have advised the Trustee that I am adequately bonded in an amount sufficient to cover all receipts from the proposed sale, and all estates in which I have been employed. My current blanket bond is in the amount of $100,000; and a copy is on file with the Office of the United States Trustee. Further, I maintain liability insurance for lost or stolen property which protects any/all property under my control which is secured, transported and stored at my auction location until sale, or sold by me <u>via</u> on site auction sales.

5.  To the best of my knowledge, I, as well as each of the principals, employees, and associates of Pope's are disinterested persons, as that phrase is defined in 11 U.S.C. § 101 (14), and declare that neither I, nor any of the persons referenced above:

   (1)   are a creditor, an equity security holder, or insider of the Debtor;

   (2)   are or were, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtors; or

   (3)   have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

6.  To the best of my knowledge, neither I, nor any of the principals, employees, and associates of Pope's, is a relative or employee of the Office of the United States Trustee, has any connection with the Office of the United States Trustee, or any person employed in the Office of the United States Trustee.

7.  I have not received a retainer from the Debtor, the estate, or principal of the Debtor or any third party in connection with the proposed sale.

8.  I have agreed to advance funds to pay off the secured debt on the Truck and be reimbursed from the sale proceeds to complete the sale of same.

9.  At the Trustee's request, I will conduct the sale based solely upon a 25% commission of the net proceeds, payable upon completion of the sale and approval pursuant to the Office of the United States Trustee's 2011 Revised Supervisory Instruction #10. There will be no buyer's premium charges.

10. I am familiar with the Office of the United States Trustee's Revised Supervisory Instruction No. 10 regarding the requirements relative to the procedures for employment and

compensation of an auctioneer, and agree to comply therewith.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on this 30 day of October, 2025, at Yucca, California.

*/s/ Jack Pope*
JACK POPE

# EXHIBIT "1"

# Pope's Auctions & Antiques

**53797 Ridge Rd.**
**Yucca Valley, Ca. 92286**
Email: *jackpope19@protonmail.com*
Phone: **760-217-2179**

Appraisal Letter

September 5, 2025

Arturo Cisneros, Trustee
Re: West Coast Plastics Equipment & Knife, Inc.
Case number 6:25-bk-14813-RB

| Item: | Valuation: |
|---|---|
| 2021 Chevrolet Silverado 1500 LT Trails Boss VIN 3GCPYFED5MG270378 License 42967D3 Approx. Mileage: 74,509 | $28,000.00 |
| Forklift Caterpillar 5,000 LBS GC25K Serial# AT2D02668 | $4,000.00 |
| Oxygen Acetylene Set-up complete including oxygen tank, acetylene tank, hoses, torch, and regulators. | $200.00 |
| Machinist tools including a Starrett height gauge in wooden box, jigs, adjustable reamers, Squaring blocks, medium size wooden toolbox with machinist tools inside, small size wooden toolbox with machinist tools inside, box of miscellaneous machinist tools. | $2,000.00 |
| 8-foot ladder | $40.00 |
| Tormek bench grinder/sharpener | $25.00 |
| Hevey duty vice set (1 large, 2 small) | $25.00 |
| Hand power tools including Milwakee Sawsaw, Craftman drill, Skilsaw saw. Air tools including grinder, ratchet and other air tools. | $200.00 |
| Platform scale | $200.00 |
| Box of basic hand tools | $100.00 |
| Motorcycle ramp | $25.00 |
| Craftsman wire-feed welder and cart. | $150.00 |
| Welding rods | $20.00 |
| **Total:** | **$34,985.00** |

# Pope's Auctions & Antiques

**53797 Ridge Rd.**
**Yucca Valley, Ca. 92286**
Email: *jackpope19@protonmail.com*
Phone: **760-217-2179**

Note: $12,000.00 is still owed to Lienholder *GM FINANCIAL* for 2021 Chevrolet Silverado 1500 LT Trails Boss VIN 3GCPYFED5MG270378 License 42967D3 Approx. Mileage: 74,509

X _Jack Pope_
Jack Pope
Agent

# EXHIBIT "2"

 **FINANCIAL**

**AmeriCredit Financial Services, Inc. dba GM Financial**
Bankruptcy Department
PO Box 183853
Arlington, TX 76096
Ph: (877) 203-5538
Fax: (877) 259-6409
Monday-Friday 8:00am - 5:00pm CST

*DCLA license pending.*

September 10, 2025

West Coast Plastics Equipment & Knife, Inc
21935 Van Buren Street, Suite 26
Grand Terrace, CA 92313

    Re:    2021 Chevrolet Silverado VIN: 3GCPYFED5MG270378
            Acct No. 211047611070

Dear West Coast Plastics Equipment &

The payoff for this account is $12,290.40. This amount is good through September 20, 2025 and is subject to change as additional payments are made or if the payoff is received after the good through date. Should there be any questions concerning this account; contact us at the number shown below.

**Please be advised this is not a demand for payment and this information is being sent to you per your request.**

            Sincerely,

            **AmeriCredit Financial Services, Inc. dba GM Financial**

      By
            Adriana Arredondo
            Bankruptcy Specialist
            (877) 203-5538

# EXHIBIT "3"

# Pope's Antiques & Auctions, Inc.
P.O. Box 2167 Yucca Valley, Ca. 92286
Phone 760 365-7887  Fax 760 365-3558
Email : jackpope1@aol.com

I, Jack Pope am a resident of the State of California and am over 18 years of age. I am a principal in Pope's Antiques & Auctions, Inc. and am The principal auctioneer. I have owned retail, antique & auction businesses for over 40 years. I am bonded by the State of California. I provide the following services for Trust Departments of several banks, insurance companys, Superior and Federal courts and private clients.

- Liquidate personal property, private sales, appraisal services, auctions, estate sales, probate matters, expert witness for Federal and Superior courts.

- I am an agent for bankruptcy trustees and have had numerous occasions to provide management and supervisory services in support of operating bankruptcy cases.

- I have a surety bond on file at all times with the Secretary of State of California.

- I have worked for many trustees over the years, Pat Zimmerman, Sandra Bendon, Karl Anderson, Bob Goodrich, Steve Speier, Art Cisneros, Todd Frealy, Jeremy Faith, Howard Grobstein, Lyndia Bui, Karen Naylor, John Pringle & Chris Barclay.

**Bankruptcy Types:**
Food Markets, Liquor Stores, Churches, Clothing Stores, Jewelry Stores, Coin Stores, Shoe Stores, Furniture Stores, Hotels, Carpet Stores, Electronic Stores, Tile Stores, Ostrich Farms, Livestock, Equipment Rental Yards, Steel Yards, Special Equipment, Nurserys, Landscaping Items, Trucks, Boats, Vehicles, Motorcycles, Atv's, R.V.'s, Trailers, Heavy Equipment, Cranes, Backhoes, Tractors, Construction Companys, Firearms and accessories, Concrete companies, Steel manufacturer, Airplanes, Medical Supplies and more.

**Receivership Types:**
Car Washes, Gas Stations, Livestock, Date Orchards, Hotels, Recycling centers

**Private Estates and Charity Auctions:**
Roy Rogers Home, Museum & Horse Ranch, William Holden, Jeanette Rockerfeller, Pat O'Brien, William Powell, Jimmy Van Heusen, Barbara Sinatra Children's Foundation, Lifestyles of the Rich & Famous, The City of Hope, Boys & Girls Club, Senior Citizens, I have sold items from Clark Gable, Elvis, Henry Fonda, Liberace, William Holden, Lucy & Desi Arnaz and many others throughout California, Art, glassware, hand tied rugs, Bronzes, Collectibles and much more.

Jack Pope

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2112 Business Center Drive, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (specify): **_Trustee's Application to Employ Jack Pope of Pope's Auctions & Antiques as Trustee's Auctioneer and to Pay Auctioneer Commissions upon Completion of Sale; Declarations of A. Cisneros and Jack Pope in Support Thereof_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **November 4, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Debtor's Counsel:** Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
**OUST:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
**Interested Party:** Mandy Youngblood    csbk@gmfinancial.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) **November 4, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** West Coast Plastics Equipment & Knife, Inc., 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313-5641
**Auctioneer:** Jack Pope, Pope's Antiques & Auctions, Inc., 53797 Ridge Rd., Yucca Valley, CA 92286

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Service on Judge not required pursuant to LBR 5005-2(d) and Court Manual Appendix F2.2(c)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 4, 2025 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         F 9013-3.1.PROOF.SERVICE