A. CISNEROS
3403 Tenth Street, Suite 714
Riverside, California 92501
Email: amctrustee@mclaw.org
Telephone: (951) 682-9705
Telecopier: (951) 682-9707

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

WEST COAST PLASTICS EQUIPMENT & KNIFE, INC.,

                  Debtor.

Case No. 6:25-bk-14813-RB

Chapter 7

NOTICE OF TRUSTEE'S INTENT TO EMPLOY AUCTIONEER AND PAY AUCTIONEER COMMISSIONS UPON COMPLETION OF SALE

No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)

**TO ALL PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE** that A. CISNEROS, the duly appointed and qualified Chapter 7 Trustee (the "Applicant" or "Trustee") for the bankruptcy estate of <u>West Coast Plastics Equipment & Knife, Inc.</u> ("Debtor"), pursuant to 11 U.S.C. § 327, will file concurrently herewith an application for an order authorizing him to employ Jack Pope ("Auctioneer") of Pope's Auctions and Antiques. In compliance with Local Bankruptcy Rule 2014-1(b)(3), Applicant hereby provides the following information regarding the Application:

///

///

///

1

## I. THE IDENTIFICATION OF THE PROFESSIONAL AND PURPOSE AND SCOPE OF EMPLOYMENT.

This case was commenced on July 17, 2025, by the filing of a Voluntary Petition under Chapter 7 of the Bankruptcy Code. Thereafter, Applicant was appointed Chapter 7 Trustee. The Applicant has determined that it will be necessary to employ Auctioneer to complete an auction sale of the below vehicles and equipment in order to pay claims of creditors and expenses of administration:

  i. A 2021 Chevrolet Silverado 1500 with the last 6 of VIN as 270378 ("Truck").
  ii. Forklift Caterpillar 5,000.
  iii. Oxygen Acetylene complete set-up.
  iv. Machinist tools.
  v. 8-foot ladder.
  vi. Tormek bench grinder/sharpener.
  vii. Heavy duty vice set.
  viii. Hand power tools.
  ix. Platform scale.
  x. Box of basic hand tools.
  xi. Motorcycle ramp.
  xii. Craftsman wire-feed welder and cart.
  xiii. Welding rods.

## II. ARRANGEMENT FOR COMPENSATION

Auctioneer has not received, nor will it receive, any retainer from the Trustee or the bankruptcy estate. Auctioneer will accept as compensation such sum as the Court deems reasonable. There will be no written employment agreement separate from the application and the order to be obtained thereon, and the only source of payment of compensation is the estate. Trustee has negotiated the Auctioneer's commission to only 25% of the **net proceeds** from the sale and will comply with the provisions of the Office of the United States Trustee's 2011 Supervisory Instruction #10.

2

III. **PROCEDURE FOR OBTAINING COPY OF APPLICATION**.

A copy of the Application may be obtained upon request by contacting Mayra Johnson, Administrator for A. Cisneros, 3403 Tenth Street, Suite 714, Riverside, California 92501, telephone (951) 682-9705; facsimile (951) 682-9707; and email mjohnson@mclaw.org.

IV. **PROCEDURE FOR OBJECTING AND/OR RESPONDING TO APPLICATION AND REQUESTING HEARING.**

In the event that a party desires to respond to or object to the Application, response or objection shall be as follows:

Any response or request for hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), shall be filed with the Clerk of the Court and served upon (1) the Trustee, A. Cisneros, 3403 Tenth Street, Suite 714, Riverside, CA 92501; and (2) the Office of the U.S. Trustee, 3801 University Avenue, Ste. 720, Riverside, California 92501, <u>within fourteen (14) days from the date of service of this notice.</u>

**PLEASE TAKE FURTHER NOTICE** that papers not timely filed and served may be deemed by the Court to be consent to the granting of the Application.

Dated: October 30, 2025

A. Cisneros, Chapter 7 Trustee

Date of Service: 11-4-2025

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2112 Business Center Drive, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (specify): **_Notice of Trustee's Intent to Employ Auctioneer and Pay Auctioneer Commissions upon Completion of Sale_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **November 4, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Debtor's Counsel:** Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
**OUST:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
**Interested Party:** Mandy Youngblood    csbk@gmfinancial.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) **November 4, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** West Coast Plastics Equipment & Knife, Inc., 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313-5641
**Auctioneer:** Jack Pope, Pope's Antiques & Auctions, Inc., 53797 Ridge Rd., Yucca Valley, CA 92286
**General Creditor Body:** See Attached

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Service on Judge not required pursuant to LBR 5005-2(d) and Court Manual Appendix F2.2(c)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 4, 2025 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing            West Coast Plastics Equipment & Knife, Inc    Riverside Division
0973-6                                     21935 Van Buren Street, Suite 26              3420 Twelfth Street,
Case 6:25-bk-14813-RB                      Grand Terrace, CA 92313-5641                  Riverside, CA 92501-3819
Central District of California
Riverside                                                                                No service required
Tue Nov  4 09:05:26 PST 2025

AmeriCredit Financial Services, Inc. dba GM    American Cutting Edge                      Cumberland / ACS
P O Box 183853                                  4455 Infirmary Rd                          2900 S 160th St
Arlington, TX 76096-3853                        Miamisburg, OH 45342-1233                  New Berlin, WI 53151-3606


FedEx Corporate Services Inc.              Frome Investments LLC                      GM Financial
3965 Airways Blvd, Module G, 3rd Floor     151 Kalmus Dr Ste F2                       PO Box 183853
Memphis, TN 38116-5017                     Costa Mesa, CA 92626-5965                  Arlington, TX 76096-3853


GlobalTranz                                GlobalTranz Enterprises, LLC               (p)SOUTHERN CALIFORNIA EDISON COMPANY
2700 Commerce St Ste 1500                  2700 Commerce St. 15th Floor               1551 W SAN BERNARDINO ROAD
Dallas, TX 75226-1404                      15th Floor                                 COVINA CA 91722-3407
                                           Dallas, TX 75226-1404


United States Trustee (RS)                 VeriCore                                   (p)ARTURO CISNEROS  TR
3801 University Avenue, Suite 720          10115 Kincey Ave Ste 100                   3403 TENTH STREET SUITE 714
Riverside, CA 92501-3255                   Huntersville, NC 28078-6482                RIVERSIDE CA 92501-3641
CM/ECF Electronic Service List                                                        CM/ECF Electronic Service List


Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626-3063
CM/ECF Electronic Service List
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Southern California Edison                 Arturo Cisneros (TR)
PO Box 800                                 3403 Tenth Street, Suite 714
Rosemead, CA 91770-0800                    Riverside, CA 92501
Preferred mailing address above            CM/ECF Electronic Service List
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                            End of Label Matrix
                                           Mailable recipients    15
                                           Bypassed recipients     1
                                           Total                  16
```