A. CISNEROS
3403 Tenth Street, Suite 714
Riverside, California 92501
Email: amctrustee@mclaw.org
Telephone: (951) 682-9705
Telecopier: (951) 682-9707

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

In re:

WEST COAST PLASTICS EQUIPMENT & KNIFE INC.,

                                    Debtor.

Case No. 6:25-bk-14813-RB

Chapter 7

TRUSTEE'S MOTION TO APPROVE AUCTION SALE OF THE ESTATE'S RIGHT, TITLE AND INTEREST, IF ANY, IN PERSONAL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363(b)(1); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF A. CISNEROS AND JACK POPE IN SUPPORT THEREOF

No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)

**Sale Information**
Date:  December 6, 2025
Time:  11:00 a.m.
Place: Pope's Auctions & Antiques
       55898 Santa Fe Trail
       Yucca Valley, CA 92884

## I.    INTRODUCTION

A. Cisneros, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee"), for the

bankruptcy estate of <u>West Coast Plastics Equipment & Knife, Inc.</u> ("Debtor"), Case No. 6:25-14813-

RB ("Estate"), hereby moves the Court for an Order authorizing him to sell the Estate's right, title and

interest, if any, in personal property of the Estate.

## II.    BACKGROUND INFORMATION

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.      The Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on July 17, 2025.

3.      A. Cisneros is the duly appointed, qualified and acting Chapter 7 Trustee for the Estate.

4.      The Trustee is seeking an Order authorizing the auction sale of the Estate's right, title and interest, if any, in the following vehicles and equipment (collectively referred to as "Vehicles, Tools and Machinery"):

        i.      A 2021 Chevrolet Silverado 1500 ("Truck") with the last 6 of VIN as 270378 and subject to secured debt of $12,179.

        ii.     Forklift Caterpillar 5,000.

        iii.    Oxygen Acetylene complete set-up.

        iv.    Machinist tools.

        v.     8-foot ladder.

        vi.    Tormek bench grinder/sharpener.

        vii.   Heavy duty vice set.

        viii.  Hand power tools.

        ix.    Platform scale.

        x.     Box of basic hand tools.

        xi.    Motorcycle ramp.

        xii.   Craftsman wire-feed welder and cart.

        xiii.  Welding rods.

5.      After the initial 341(a) Meeting of Creditors ("341 Meeting"), the Trustee advised Debtor that there was potential equity in the Vehicles, Tools and Machinery and continued the 341 Meeting for the Debtor to contact Trustee's agent, Jack Pope ("Pope" or "Auctioneer") of Pope's Auctions and Antiques, to obtain a valuation of the Vehicles, Tools, and Machinery; and secure same, if needed.

///

6.      The Trustee, with the assistance of Pope, completed an analysis of value as follows:

| Vehicle | Trustee Value | Secured Debt | Net Value | Costs of Sale (25%) | Net for Estate |
|---|---|---|---|---|---|
| 2021 Chevrolet Silverado (Vin: 270378) | $28,000 | <12,290> | $15,710 | <3,928> | $11,782 |
| Caterpillar Forklift | $4,000 | 0 | $4,000 | <1,000> | $3,000 |
| Oxygen Acetylene Complete Set-Up | $200 | 0 | $200 | <50> | $150 |
| Various Machinist tools | $2,000 | 0 | $2,000 | <500> | $1,500 |
| 8 foot ladder | $40 | 0 | $40 | <10> | $30 |
| Tormek bench grinder/sharpener | $25 | 0 | $25 | <6> | $19 |
| Heavy duty Vice set | $25 | 0 | $25 | <6> | $19 |
| Various Hand Power Tools | $200 | 0 | $200 | <50> | $150 |
| Platform Scale | $200 | 0 | $200 | <50> | $150 |
| Box of basic hand tools | $100 | 0 | $100 | <25> | $75 |
| Motorcycle ramp | $25 | 0 | $25 | <6> | $19 |
| Craftsman wire-feed welder and cart | $150 | 0 | $150 | <38> | $112 |
| Welding rods | $20 | 0 | $20 | <5> | $15 |
| **TOTAL NET EQUITY FOR ESTATE** | | | | | **$17,021** |

## III.    THE PROPOSED SALE

7.      The Trustee proposes to sell on an all cash and an as-is basis, all of the Estate's right, title and interest in the Vehicles, Tools, and Machinery by means of a public auction to be conducted by Auctioneer at the time and location set forth above.

8.      The Trustee does not believe the Vehicles, Tools, and Machinery are subject to any further liens or encumbrances (collectively "liens") but in an abundance of caution proposes to sell same free and clear of all liens, with such liens to attach to the sale proceeds. The Trustee proposes to sell the Vehicles, Tools, and Machinery to the highest and best bidder(s), if any, on such terms and conditions as the Trustee may deem just and reasonable under the circumstances.

9.      Regardless of any scheduled time and place for offer to purchase the Vehicles, Tools, and Machinery, the Trustee may, at his option, reject any and all bids if he deems that such bids are inadequate as to form and amount.  The sale date may be continued from time to time until the Vehicles, Tools, and Machinery are sold, without further Order of this Court, or until such time it is determined that abandonment is appropriate.

10.     Based upon an analysis of the market value of the Vehicles, Tools, and Machinery and costs associated with sale of same, the Trustee is of the opinion and belief that the public auction as referenced above is in the best interest of the Estate, as it will generate the most funds to the estate for the benefit of the creditor body.

**IV.     CONCLUSION**

WHEREFORE, the Trustee requests that the Court enter an order as follows:

a.      Authorizing the sale of the Vehicles, Tools, and Machinery to the highest bidder(s), as the case may be, pursuant to the terms and conditions set forth herein;

b.      Authorizing the Trustee to execute such documents as are necessary to consummate the sale; and

c.      For such other and further relief as the Court deems just and proper.

Dated: October 30, 2025

A. CISNEROS, Trustee

## MEMORANDUM OF POINTS AND AUTHORITIES

COMES NOW, TRUSTEE HEREIN, and respectfully submits the following Memorandum of Points and Authorities in support of his motion to approve sale of the estate's right, title and interest, if any, in personal property of the estate.

### I.

### STATEMENT OF FACTS

The pertinent facts are set forth in the accompanying motion and are evidenced by the Declaration of A. Cisneros provided herein. For reasons of judicial economy they will not be restated here.

### II.

### THE SALE SHOULD BE APPROVED AS BEING IN THE

### BEST INTEREST OF THE ESTATE

11 U.S.C. § 363(b)(1) authorizes a trustee, after notice and a hearing, to use, sell or lease property of the estate other than in the ordinary course of business.

A trustee has an affirmative duty to collect and reduce to money the property of the estate and to close the estate as expeditiously as is compatible with the best interest of the parties in interest. *In re Camino*, 185 B.R. 584, 591 (9th Cir.BAP 1995); *In re Riverside-Linden Inv. Co.*, 85 B.R. 107, 111 (Bankr.S.D.Cal 1988), aff'd, 99 B.R. 439 (9th Cir.BAP 1989), aff'd, 925 F.2d 320 (9th Cir. 1991).

The prevailing view is that there need not be a showing of an emergency situation for selling substantially all of the assets of the estate, but that there must be some articulated business justification, other than appeasement of major creditors, for using, selling, or leasing property out of the ordinary course of business before the Bankruptcy judge may order such disposition under Section 363(b)(1). *In re Lionel Corp.*, 722 F.2d 1063, 1070 (2d Cir. 1983). The instant sale should be approved if there is evidence that it is a sound business decision. *In re Continental Airlines, Inc.*, 780 F.2d 1223 (5th Cir. 1986).

In this case it is in the best interest of all concerned to sell the Estate's right, title and interest in the below list of vehicles and equipment (collectively referred to as "Vehicles, Tools, and Machinery") to the highest and best bidder(s) under the terms set forth in the Trustee's Motion:

     i.      A 2021 Chevrolet Silverado 1500 ("Truck") with the last 6 of VIN as 270378 and subject to secured debt of $12,179.

     ii.     Forklift Caterpillar 5,000.

     iii.    Oxygen Acetylene complete set-up.

     iv.    Machinist tools.

     v.     8-foot ladder.

     vi.    Tormek bench grinder/sharpener.

     vii.    Heavy duty vice set.

     viii.   Hand power tools.

     ix.    Platform scale.

     x.     Box of basic hand tools.

     xi.    Motorcycle ramp.

     xii.    Craftsman wire-feed welder and cart.

     xiii.   Welding rods.

The sale will provide for a cost-efficient and expeditious manner in which to administer the Vehicles, Tools and Machinery.

## III.

## CONCLUSION

As a result of the above analysis, the Trustee's Motion should be approved because it is in the best interest of the Estate, creditors and all parties involved.

Dated: October 30, 2025

                                  Respectfully Requested,

                                    /A.   CISNEROS, Trustee

1

## **DECLARATION OF A. CISNEROS**

2      I, A. CISNEROS, declare and state as follows:

3      1.      I am the duly appointed, qualified and acting Chapter 7 Trustee, ("Trustee") for the

4 bankruptcy estate of <u>West Coast Plastics Equipment & Knife, Inc.</u> ("Debtor"), Case No. 6:25-bk-14813-

5 RB ("Estate"). I am competent to testify to the following of my own personal knowledge, information

6 and belief. I submit this declaration in support of the Trustee's Motion to Approve Auction Sale of the

7 Estate's Right, Title and Interest, if any, in Personal Property of the Estate Pursuant to 11 U.S.C. §

8 363(b)(1)("Motion").

9      2.      The Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on July 17,

10 2025.

11      3.      I am seeking an Order authorizing the auction sale of the Estate's right, title and interest,

12 if any, in the following vehicles and equipment (collectively referred to as "Vehicles, Tools and

13 Machinery"):

14      i.      A 2021 Chevrolet Silverado 1500 ("Truck") with the last 6 of VIN as 270378
15           and subject to secured debt of $12,179.

16      ii.      Forklift Caterpillar 5,000.

17      iii.      Oxygen Acetylene complete set-up.

18      iv.      Machinist tools.

19      v.      8-foot ladder.

20      vi.      Tormek bench grinder/sharpener.

21      vii.      Heavy duty vice set.

22      viii.      Hand power tools.

23      ix.      Platform scale.

24      x.      Box of basic hand tools.

25      xi.      Motorcycle ramp.

26      xii.      Craftsman wire-feed welder and cart.

27      xiii.      Welding rods.

28      ///

5.     After the initial 341(a) Meeting of Creditors ("341 Meeting"), I advised Debtor that there was potential equity in the Vehicles, Tools, and Machinery and continued the 341 Meeting for the Debtor to contact my agent, Jack Pope ("Pope" or "Auctioneer") of Pope's Auctions and Antiques, to obtain a valuation of the Vehicles, Tools, and Machinery; and secure same, if needed.

6.     I, with the assistance of Pope, completed an analysis of value, as follows:

| Vehicle | Trustee Value | Secured Debt | Net Value | Costs of Sale (25%) | Net for Estate |
|---|---|---|---|---|---|
| 2021 Chevrolet Silverado (Vin: 270378) | $28,000 | <12,290> | $15,710 | <3,928> | $11,782 |
| Caterpillar Forklift | $4,000 | 0 | $4,000 | <1,000> | $3,000 |
| Oxygen Acetylene Complete Set-Up | $200 | 0 | $200 | <50> | $150 |
| Various Machinist tools | $2,000 | 0 | $2,000 | <500> | $1,500 |
| 8 foot ladder | $40 | 0 | $40 | <10> | $30 |
| Tormek bench grinder/sharpener | $25 | 0 | $25 | <6> | $19 |
| Heavy duty Vice set | $25 | 0 | $25 | <6> | $19 |
| Various Hand Power Tools | $200 | 0 | $200 | <50> | $150 |
| Platform Scale | $200 | 0 | $200 | <50> | $150 |
| Box of basic hand tools | $100 | 0 | $100 | <25> | $75 |
| Motorcycle ramp | $25 | 0 | $25 | <6> | $19 |
| Craftsman wire-feed welder and cart | $150 | 0 | $150 | <38> | $112 |
| Welding rods | $20 | 0 | $20 | <5> | $15 |
| **TOTAL NET EQUITY FOR ESTATE** | | | | | **$17,021** |

7.     I am proposing to sell on an all cash basis and an as-is basis, without any warranties, representations or contingencies, all of the Estate's right, title and interest in the Vehicles, Tools, and Machinery by way of a public auction to be conducted by my proposed auctioneer, Jack Pope of Pope's Auctions and Antiques. An Application seeking approval of Pope's employment is being filed concurrently herewith.

8.      I do not believe the Vehicles, Tools, and Machinery are subject to any further liens or encumbrances, but in an abundance of caution I am proposing to sell the Vehicles, Tools, and Machinery free and clear of all liens, claims and interests of third parties, with said liens to attach to the sale proceeds. I propose to sell the Vehicles, Tools, and Machinery to the highest and best bidder(s), if any, on such terms and conditions as are just and reasonable under the circumstances.

9.      Regardless of any scheduled time and place for offer to purchase the Vehicles, Tools, and Machinery, I may, at my option, reject any and all bids if I deem that such bids are inadequate as to form and amount. The sale date may be continued from time to time until the Vehicles, Tools, and Machinery are sold, without further Order of this Court, or until such time it is determined that abandonment is appropriate.

10.     Based upon an analysis of the market value of the Vehicles, Tools, and Machinery and costs associated with sale of same, I am of the opinion and belief that the public auction as referenced above is in the best interest of this bankruptcy estate, as it will generate the most funds to the estate for the benefit of the creditor body.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on this 30th day of October, 2025 at Riverside, California.

A.CISNEROS

# DECLARATION OF JACK POPE

I, JACK POPE, declare and state as follows:

1.      I am a duly licensed public auctioneer and President of Pope's Auctions & Antiques, Inc. ("Pope's"), with offices located at 53797 Ridge Rd., Yucca Valley, California; telephone no. (760) 217-2179. I submit this declaration in support of the Trustee's Motion to Approve Auction Sale of the Estate's Right, Title and Interest, if any, in Personal Property of the Estate Pursuant to 11 U.S.C. § 363(b)(1)("Motion").

2.      I have had extensive experience in the matters to which I am to be engaged and am well qualified to complete the sale of the kind proposed by the Trustee in the foregoing Motion.

3.      I assisted the Trustee in completing an appraisal of vehicles and several tools and equipment, and have determined that the best means to liquidate same is a public auction. In my opinion, the collective liquidation value is $34,985; however, after deducting the secured debt on the Truck, and costs of sale, the net equity for the Estate from the Vehicles, Tools and Machinery is approximately $17,021.

4.      I have advised the Trustee that I am adequately bonded in an amount sufficient to cover all receipts from the proposed sale, and all estates in which I have been employed. My current blanket bond is in the amount of $100,000. Further, I maintain liability insurance for lost or stolen property which protects any/all property under my control which is secured, transported and stored at my auction location until sale, or sold by me _via_ on site auction sales.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on this 3̶0̶ day of October, 2025, at Yucca Valley, California.

_____
JACK POPE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*2112 Business Center Drive, Irvine, CA 92612*

A true and correct copy of the foregoing document entitled (specify): ***Trustee's Motion to Approve Auction Sale of the Estate's Right, Title and Interest, if any, in Personal Property of the Estate pursuant to 11 U.S.C.§ 363(b)(1); Memorandum of Points and Authorities; Declarations of A. Cisneros and Jack Pope in Support Thereof*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***November 4, 2025***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Debtor's Counsel:** Benjamin Heston    bhestonecf@gmail.com,
benheston@recap.email,NexusBankruptcy@jubileebk.net
**OUST:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
**Interested Party:** Mandy Youngblood    csbk@gmfinancial.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**  On (*date*)  ***November 4, 2025***  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor:** West Coast Plastics Equipment & Knife, Inc., 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313-5641
**Auctioneer:** Jack Pope, Pope's Antiques & Auctions, Inc., 53797 Ridge Rd., Yucca Valley, CA 92286

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Service on Judge not required pursuant to LBR 5005-2(d) and Court Manual Appendix F2.2(c)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 4, 2025 | Diep Quach | */s/ Diep Quach* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**