| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| A. Cisneros<br>3403 Tenth Street, Ste. 714<br>Riverside, CA 92501<br>Telephone (951) 682-9705<br>Facsimile (951) 682-9707<br>Email: amctrustee@mclaw.org<br><br>Chapter 7 Trustee<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>WEST COAST PLASTICS EQUIPMENT & KNIFE, INC.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:25-bk-14813-RB<br>CHAPTER: 7<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) <u>A. Cisneros, Chapter 7 Trustee</u>, filed a motion or application (Motion) entitled <u>Trustee's Motion to Approve Auction Sale of the Estate's Right, Title and Interest, if any, in Personal Property of the Estate Pursuant to 11 U.S.C. § 363(b)(1) [See Motion for Full Title]</u>.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

   ☐ The full Motion is attached to this notice; or

   ☒ The full Motion was filed with the court as docket entry # <u>18</u>, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                             Page 1                          F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

(1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2) Movant will lodge an order that the court may use to grant the Motion; and

(3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 10/30/25

_____
Signature of Movant or attorney for Movant

A. Cisneros, Trustee
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                               Page 2                         F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

| In re:<br>WEST COAST PLASTICS EQUIPMENT & KNIFE, INC.,<br>Debtor(s). | Chapter 7<br>Case No. 6:25-bk-14813-RB |
|---|---|

**SUMMARY OF TRUSTEE'S MOTION TO APPROVE AUCTION SALE OF THE ESTATE'S RIGHT, TITLE AND INTEREST, IF ANY, IN PERSONAL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363(b)(1)**

A copy of the Motion may be obtained upon request by contacting the Clerk's Office at the United States Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501-3819 or by contacting Mayra Johnson, Administrative Assistant for A. Cisneros.

I.   **INTRODUCTION**
     A. Cisneros, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee"), for the bankruptcy estate of <u>West Coast Plastics Equipment & Knife, Inc.</u> ("Debtor"), Case No. 6:25-14813-RB ("Estate"), hereby moves the Court for an Order authorizing him to sell the Estate's right, title and interest, if any, in personal property of the Estate.

II.  **BACKGROUND INFORMATION**
1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.
2.   The Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on July 17, 2025.
3.   A. Cisneros is the duly appointed, qualified and acting Chapter 7 Trustee for the Estate.
4.   The Trustee is seeking an Order authorizing the auction sale of the Estate's right, title and interest, if any, in the following vehicles and equipment (collectively referred to as "Vehicles, Tools and Machinery"):
i.      A 2021 Chevrolet Silverado 1500 ("Truck") with the last 6 of VIN as 270378 and subject to secured debt of $12,179.
ii.     Forklift Caterpillar 5,000.
iii.    Oxygen Acetylene complete set-up.
iv.     Machinist tools.
v.      8-foot ladder.
vi.     Tormek bench grinder/sharpener.
vii.    Heavy duty vice set.
viii.   Hand power tools.
ix.     Platform scale.
x.      Box of basic hand tools.
xi.     Motorcycle ramp.
xii.    Craftsman wire-feed welder and cart.
xiii.   Welding rods.
5.   After the initial 341(a) Meeting of Creditors ("341 Meeting"), the Trustee advised Debtor that there was potential equity in the Vehicles, Tools and Machinery and continued the 341 Meeting for the Debtor to contact Trustee's agent, Jack Pope ("Pope" or "Auctioneer") of Pope's Auctions and Antiques, to obtain a valuation of the Vehicles, Tools, and Machinery; and secure same, if needed.
6.   The Trustee, with the assistance of Pope, completed an analysis of value as follows:

| Vehicle | Trustee Value | Secured Debt | Net Value | Costs of Sale (25%) | Net for Estate |
|---|---|---|---|---|---|
| 2021 Chevrolet Silverado (Vin: 270378) | $28,000 | <12,290> | $15,710 | <3,928> | $11,782 |
| Caterpillar Forklift | $4,000 | 0 | $4,000 | <1,000> | $3,000 |
| Oxygen Acetylene Complete Set-Up | $200 | 0 | $200 | <50> | $150 |
| Various Machinist tools | $2,000 | 0 | $2,000 | <500> | $1,500 |
| 8 foot ladder | $40 | 0 | $40 | <10> | $30 |
| Tormek bench grinder/sharpener | $25 | 0 | $25 | <6> | $19 |

| In re:<br>WEST COAST PLASTICS EQUIPMENT & KNIFE, INC.,<br>Debtor(s). | Chapter 7<br>Case No. 6:25-bk-14813-RB |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Heavy duty Vice set | $25 | 0 | $25 | <6> | $19 |
| Various Hand Power Tools | $200 | 0 | $200 | <50> | $150 |
| Platform Scale | $200 | 0 | $200 | <50> | $150 |
| Box of basic hand tools | $100 | 0 | $100 | <25> | $75 |
| Motorcycle ramp | $25 | 0 | $25 | <6> | $19 |
| Craftsman wire-feed welder and cart | $150 | 0 | $150 | <38> | $112 |
| Welding rods | $20 | 0 | $20 | <5> | $15 |
| | | | **TOTAL NET EQUITY FOR ESTATE** | | $17,021 |

### III. THE PROPOSED SALE

7. The Trustee proposes to sell on an all cash and an as-is basis, all of the Estate's right, title and interest in the Vehicles, Tools, and Machinery by means of a public auction to be conducted by Auctioneer at the time and location set forth above.

8. The Trustee does not believe the Vehicles, Tools, and Machinery are subject to any further liens or encumbrances (collectively "liens") but in an abundance of caution proposes to sell same free and clear of all liens, with such liens to attach to the sale proceeds. The Trustee proposes to sell the Vehicles, Tools, and Machinery to the highest and best bidder(s), if any, on such terms and conditions as the Trustee may deem just and reasonable under the circumstances.

9. Regardless of any scheduled time and place for offer to purchase the Vehicles, Tools, and Machinery, the Trustee may, at his option, reject any and all bids if he deems that such bids are inadequate as to form and amount. The sale date may be continued from time to time until the Vehicles, Tools, and Machinery are sold, without further Order of this Court, or until such time it is determined that abandonment is appropriate.

10. Based upon an analysis of the market value of the Vehicles, Tools, and Machinery and costs associated with sale of same, the Trustee is of the opinion and belief that the public auction as referenced above is in the best interest of the Estate, as it will generate the most funds to the estate for the benefit of the creditor body.

**Sale Information**
Date:   December 6, 2025
Time:   11:00 a.m.
Place:  Pope's Auctions & Antiques
        55898 Santa Fe Trail
        Yucca Valley, CA 92884


Date of Service:  11-4-2025

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2112 Business Center Drive, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/04/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Debtor's Counsel:** Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
**OUST:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
**Interested Party**: Mandy Youngblood    csbk@gmfinancial.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/04/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: West Coast Plastics Equipment & Knife, Inc., 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313-5641
Auctioneer: Jack Pope, Pope's Antiques & Auctions, Inc., 53797 Ridge Rd., Yucca Valley, CA 92286
General Creditor Body: See Attached

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Service on Judge not required pursuant to LBR 5005-2(d) and Court Manual Appendix F2.2(c)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/04/2025 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                Page 3                                       F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

```
Label Matrix for local noticing          West Coast Plastics Equipment & Knife, Inc    Riverside Division
0973-6                                    21935 Van Buren Street, Suite 26              3420 Twelfth Street,
Case 6:25-bk-14813-RB                     Grand Terrace, CA 92313-5641                  Riverside, CA 92501-3819
Central District of California                                                          No service required
Riverside
Tue Nov  4 09:05:26 PST 2025

AmeriCredit Financial Services, Inc. dba GM   American Cutting Edge                    Cumberland / ACS
P O Box 183853                                4455 Infirmary Rd                        2900 S 160th St
Arlington, TX 76096-3853                      Miamisburg, OH 45342-1233                New Berlin, WI 53151-3606


FedEx Corporate Services Inc.             Frome Investments LLC                        GM Financial
3965 Airways Blvd, Module G, 3rd Floor    151 Kalmus Dr Ste F2                         PO Box 183853
Memphis, TN 38116-5017                    Costa Mesa, CA 92626-5965                    Arlington, TX 76096-3853


GlobalTranz                               GlobalTranz Enterprises, LLC                 (p)SOUTHERN CALIFORNIA EDISON COMPANY
2700 Commerce St Ste 1500                 2700 Commerce St. 15th Floor                 1551 W SAN BERNARDINO ROAD
Dallas, TX 75226-1404                     15th Floor                                   COVINA CA 91722-3407
                                          Dallas, TX 75226-1404


United States Trustee (RS)                VeriCore                                     (p)ARTURO CISNEROS  TR
3801 University Avenue, Suite 720         10115 Kincey Ave Ste 100                     3403 TENTH STREET SUITE 714
Riverside, CA 92501-3255                  Huntersville, NC 28078-6482                  RIVERSIDE CA 92501-3641
CM/ECF Electronic Service List                                                         CM/ECF Electronic Service List


Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626-3063
CM/ECF Electronic Service List
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Southern California Edison                Arturo Cisneros (TR)
PO Box 800                                3403 Tenth Street, Suite 714
Rosemead, CA 91770-0800                   Riverside, CA 92501
Preferred mailing address above           CM/ECF Electronic Service List
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                           End of Label Matrix
                                          Mailable recipients    15
                                          Bypassed recipients     1
                                          Total                  16
```