| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| A. Cisneros<br>3403 Tenth Street, Ste. 714<br>Riverside, CA 92501<br>Telephone (951) 682-9705<br>Facsimile (951) 682-9707<br>Email: amctrustee@mclaw.org<br><br>Chapter 7 Trustee<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>WEST COAST PLASTICS EQUIPMENT & KNIFE, INC.,<br><br>Debtor(s). | CASE NO.: 6:25-bk-14813-RB<br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 12/06/2025 | **Time:** 11:00 am |
|---|---|
| **Location:** Pope's Auctions & Antiques, 55898 Santa Fe Trail, Yucca Valley, CA 92884 | |

**Type of Sale**:  ☒ Public   ☐ Private     **Last date to file objections**: 11/11/2025

**Description of property to be sold**:
i. A 2021 Chevrolet Silverado 1500 ("Truck") with the last 6 of VIN as 270378; ii. Forklift Caterpillar 5,000; iii. Oxygen Acetylene complete set-up; iv. Machinist tools; v. 8-foot ladder; vi. Tormek bench grinder/sharpener; vii. Heavy duty vice set; viii. Hand power tools; ix. Platform scale; x. Box of basic hand tools; xi. Motorcycle ramp; xii. Craftsman wire-feed welder and cart; xiii. Welding rods.

**Terms and conditions of sale**:
The Trustee proposes to sell on an all cash and an as-is basis, all of the Estate's right, title and interest in the Vehicles, Tools, and Machinery by means of a public auction to be conducted by Auctioneer at the time and location set forth above.

**Proposed sale price**: _____Varied.  See Exhibit "1."_____

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*):** Auction Sale.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Date: December 6, 2025
Time: 11:00 am
Location: Pope's Auctions & Antiques
 55898 Santa Fe Trail
 Yucca Valley, CA 92886

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Auctioneer: Jack Pope
Cell Phone: (760) 217-2179
Fax: (760) 365-3558
Location: Pope's Auctions & Antiques
 55898 Santa Fe Trail
 Yucca Valley, CA 92886

Date: 11/04/2025

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*Decembr 2012*                                        Page 2                                        **F 6004-2.NOTICE.SALE**

# Pope's Auctions & Antiques

53797 Ridge Rd.
Yucca Valley, Ca. 92286
Email: *jackpope19@protonmail.com*
Phone: **760-217-2179**

Appraisal Letter

September 5, 2025

Arturo Cisneros, Trustee
Re: West Coast Plastics Equipment & Knife, Inc.
Case number 6:25-bk-14813-RB

| Item: | Valuation: |
|---|---|
| 2021 Chevrolet Silverado 1500 LT Trails Boss VIN 3GCPYFED5MG270378 License 42967D3 Approx. Mileage: 74,509 | $28,000.00 |
| Forklift Caterpillar 5,000 LBS GC25K Serial# AT2D02668 | $4,000.00 |
| Oxygen Acetylene Set-up complete including oxygen tank, acetylene tank, hoses, torch, and regulators. | $200.00 |
| Machinist tools including a Starrett height gauge in wooden box, jigs, adjustable reamers, Squaring blocks, medium size wooden toolbox with machinist tools inside, small size wooden toolbox with machinist tools inside, box of miscellaneous machinist tools. | $2,000.00 |
| 8-foot ladder | $40.00 |
| Tormek bench grinder/sharpener | $25.00 |
| Hevey duty vice set (1 large, 2 small) | $25.00 |
| Hand power tools including Milwakee Sawsaw, Craftman drill, Skilsaw saw. Air tools including grinder, ratchet and other air tools. | $200.00 |
| Platform scale | $200.00 |
| Box of basic hand tools | $100.00 |
| Motorcycle ramp | $25.00 |
| Craftsman wire-feed welder and cart. | $150.00 |
| Welding rods | $20.00 |
| | |
| **Total:** | **$34,985.00** |

EXHIBIT "1"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 714, Riverside, CA 92501

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _11/04/2025_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Debtor's Counsel:** Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
**OUST:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
**Interested Party:** Mandy Youngblood    csbk@gmfinancial.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/04/2025 | Mayra Johnson | /s/ Mayra Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 6004-2.NOTICE.SALE**