A. CISNEROS
3403 Tenth Street, Ste. 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WEST COAST PLASTICS EQUIPMENT & KNIFE, INC.,<br><br>Debtor. | Case No. 6:25-bk-14813-RB<br><br>Chapter 7<br><br>NOTICE OF TRUSTEE'S INTENT TO ABANDON ESTATE'S INTEREST IN PERSONAL PROPERTY LOCATED AT LEASED PREMISES PURSUANT TO 11 U.S.C. § 554(a); FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002(c); AND LOCAL BANKRUPTCY RULE 6007-1<br><br>[No Hearing Required] |

TO THE DEBTOR, DEBTOR'S COUNSEL, ALL CREDITORS AND ANY PARTIES IN INTEREST:

**NOTICE IS GIVEN** that unless an objection is made and a hearing is timely requested by a party in interest in the manner set forth below, A. Cisneros, Chapter 7 Trustee ("Trustee") of the estate of <u>West Coast Plastics Equipment & Knife, Inc.</u>, intends to abandon all of the Estate's right, title and interest in the following property located at 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313 (collectively, the "Personal Property at Leased Premises"):

  (1) Various office furniture with a scheduled value of $500.

  (2) Various office equipment with a scheduled value of $200.

  (3) Certain machinery not collected by Trustee's agent Jack Pope for liquidation.

1

11 U.S.C. § 554 (a) provides:

"After notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

The Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code of the United States Bankruptcy Court in Central District of California on July 17, 2025 ("Petition Date"). Thereafter, Trustee was appointed.

At the Trustee's request, Jack Pope of Pope's Auctions and Antiques ("Pope"), inspected the Debtor's equipment, machinery, tools, and vehicles for an analysis of liquidation value; gained possession of the personal property with liquidation value; and is storing same pending Court approval of auctioneer employment and auction sale motion.

Debtor way overvalued the Personal Property at Leased Premises and same is not worth the cost of removing. Trustee intends to and does abandon the Personal Property at Leased Premises as burdensome and of inconsequential value to the estate because the costs associated with liquidation of the Personal Property at Leased Premises will likely exceed the value of same.

**NOTICE IS ALSO GIVEN** that pursuant to Local Bankruptcy Rule 6007-1, any objection and request for a hearing must, not later than 14 days after the date of the service of this notice, be filed with the Clerk of the Bankruptcy Court and served on: (1) the Trustee at his address in the upper left-hand corner of this Notice; and (2) the Office of the United States Trustee, 3801 University Avenue, Suite 720, Riverside, California 92501.

Pursuant to Local Bankruptcy Rule 6007-1(d), if no timely objection and request for a hearing are filed and served, the above-described Personal Property at Leased Premises shall be deemed abandoned effective as of the Petition Date, without further notice or Order of the Court.

Dated: November 4, 2025

A. CISNEROS, Chapter 7 Trustee

Date of Mailing: November 4, 2025

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 714, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (specify): **_Notice of Trustee's Intent to Abandon Estate's Interest In Personal Property Located At Leased Premises Pursuant to 11 U.S.C. § 554(a); Federal Rule of Bankruptcy Procedure 2002(c); and Local Bankruptcy Rule 6007-1_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **November 4, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Debtor's Counsel:** Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
**OUST:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
**Interested Party:** Mandy Youngblood    csbk@gmfinancial.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) **November 4, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** West Coast Plastics Equipment & Knife, Inc., 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313
**General Creditor Body:** See attached list

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **xxxx**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 4, 2025 | Mayra Johnson | /s/ Mayra Johnson |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing          West Coast Plastics Equipment & Knife, Inc    Riverside Division
0973-6                                   21935 Van Buren Street, Suite 26              3420 Twelfth Street,
Case 6:25-bk-14813-RB                    Grand Terrace, CA 92313-5641                  Riverside, CA 92501-3819
Central District of California                                                         No service required
Riverside
Tue Nov  4 09:05:26 PST 2025

AmeriCredit Financial Services, Inc. dba GM    American Cutting Edge                   Cumberland / ACS
P O Box 183853                                 4455 Infirmary Rd                       2900 S 160th St
Arlington, TX 76096-3853                       Miamisburg, OH 45342-1233               New Berlin, WI 53151-3606


FedEx Corporate Services Inc.            Frome Investments LLC                         GM Financial
3965 Airways Blvd, Module G, 3rd Floor   151 Kalmus Dr Ste F2                          PO Box 183853
Memphis, TN 38116-5017                   Costa Mesa, CA 92626-5965                     Arlington, TX 76096-3853


GlobalTranz                              GlobalTranz Enterprises, LLC                  (p)SOUTHERN CALIFORNIA EDISON COMPANY
2700 Commerce St Ste 1500                2700 Commerce St. 15th Floor                  1551 W SAN BERNARDINO ROAD
Dallas, TX 75226-1404                    15th Floor                                    COVINA CA 91722-3407
                                         Dallas, TX 75226-1404


United States Trustee (RS)               VeriCore                                      (p)ARTURO CISNEROS  TR
3801 University Avenue, Suite 720        10115 Kincey Ave Ste 100                      3403 TENTH STREET SUITE 714
Riverside, CA 92501-3255                 Huntersville, NC 28078-6482                   RIVERSIDE CA 92501-3641
CM/ECF Electronic Service List                                                         CM/ECF Electronic Service List


Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626-3063
CM/ECF Electronic Service List
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Southern California Edison               Arturo Cisneros (TR)
PO Box 800                               3403 Tenth Street, Suite 714
Rosemead, CA 91770-0800                  Riverside, CA 92501
Preferred mailing address above          CM/ECF Electronic Service List
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                          End of Label Matrix
                                         Mailable recipients    15
                                         Bypassed recipients     1
                                         Total                  16
```