| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| A. Cisneros<br>3403 Tenth Street, Suite 714<br>Riverside, California 92501<br>Telephone: (951) 682-9705<br>Facsimile: (951) 682-9707<br>Email: amctrustee@mclaw.org<br><br>Chapter 7 Trustee<br><br><br>☒ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>WEST COAST PLASTICS EQUIPMENT & KNIFE INC.,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:25-bk-14813-RB<br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY**<br>**REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1.  I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On (*date*): <u>11/04/2025</u>   Movant(s) filed a motion or application (Motion) entitled: <u>Trustee's Application to Employ</u> <u>Jack Pope of Pope's Auctions and Antiques as Trustee's Auctioneer and to Pay Auctionee[See Motion for full title]</u>

3.  A copy of the Motion and notice of motion is attached to this declaration.

4.  On (*date*): <u>11/04/2025</u>   Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6.  More than <u>17</u>  days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                            Page 1                            **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 11/24/25

_____
Signature

A. Cisneros, Chapter 7 Trustee
Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                    Page 2                    F 9013-1.2.NO.REQUEST.HEARING.DEC

# EXHIBIT "1"

1  A. CISNEROS
   3403 Tenth Street, Suite 714
2  Riverside, California 92501
   Email: amctrustee@mclaw.org
3  Telephone: (951) 682-9705
   Telecopier: (951) 682-9707
4

5  Chapter 7 Trustee

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        RIVERSIDE DIVISION

11  In re:                                   Case No. 6:25-bk-14813-RB

12  WEST COAST PLASTICS EQUIPMENT &          Chapter 7
    KNIFE, INC.,
13                                           TRUSTEE'S APPLICATION TO EMPLOY
14                         Debtors.          JACK POPE OF POPE'S AUCTIONS AND
                                             ANTIQUES AS TRUSTEE'S AUCTIONEER
15                                           AND TO PAY AUCTIONEER COMMISSIONS
                                             UPON COMPLETION OF SALE;
16                                           DECLARATIONS OF A. CISNEROS AND
                                             JACK POPE IN SUPPORT THEREOF
17
                                             No Hearing Required Pursuant to Local Bankruptcy
18                                           Rule 9013-1(o)
19

20  **TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES**

21  **BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER**

22  **INTERESTED PARTIES:**

23         The Application of the Chapter 7 Trustee, A. Cisneros ("Trustee" or "Applicant"), respectfully

24  represents that:

25         1.      Applicant is the duly qualified and acting Chapter 7 Trustee for the estate of West Coast

26  Plastics Equipment & Knife Inc. ("Debtor"), Case No. 6:25-bk-14813-RB ("Estate").

27         2.      This bankruptcy proceeding was commenced on July 17, 2025 by the filing of a

28  Voluntary Petition under Chapter 7 of the Bankruptcy Code.

3.   Trustee hereby makes application to the Court for an Order authorizing him to employ an auctioneer to conduct an auction sale of the Estate's right, title and interest, in personal property of the Estate; and to pay auctioneer's commission upon completion of the sale and compliance with the policies and procedures of the Office of the United States Trustee.

4.   Concurrently herewith, the Trustee is filing a Motion to Approve Auction Sale of the Estate's Right, Title and Interest, if any, in Personal Property of the Estate Pursuant to 11 U.S.C. § 363(b)(1)("Sale Motion").  Pursuant to the Sale Motion, the Trustee proposes to sell on an all cash basis and an as-is basis, all of the Trustee's right, title and interest in the following vehicles and equipment (collectively referred to as "Vehicles, Tools, and Machinery") by means of a public auction:

    i.    A 2021 Chevrolet Silverado 1500 with the last 6 of VIN as 270378 ("Truck").

    ii.    Forklift Caterpillar 5,000.

    iii.    Oxygen Acetylene complete set-up.

    iv.    Machinist tools.

    v.    8-foot ladder.

    vi.    Tormek bench grinder/sharpener.

    vii.    Heavy duty vice set.

    viii.    Hand power tools.

    ix.    Platform scale.

    x.    Box of basic hand tools.

    xi.    Motorcycle ramp.

    xii.    Craftsman wire-feed welder and cart.

    xiii.    Welding rods.

5.   The Trustee, with the assistance of Jack Pope ("Pope" or "Auctioneer") of Pope's Auctions and Antiques, completed an analysis of value, and determined that the Vehicles, Tools, and Machinery had a collective gross liquidation value of $34,985; however, after deducting the secured debt on the Truck and costs of sale, the net equity for the Estate is approximately $17,021.  A copy of the Auctioneer's values report is attached hereto as Exhibit "1."

///

6.      The Trustee requests authorization to employ Pope as his auctioneer.  Pope performed the analysis of the Vehicles, Tools, and Machinery to determine appropriate liquidation value; gained possession of the Vehicles, Tools, and Machinery; and is storing same pending authority to proceed with the auction sale.  Pope's duties will also include advertising the public auction as appropriate, conducting the public auction, collecting funds, preparing the appropriate reporting, and forwarding proceeds to the Trustee.

7.      Furthermore, Trustee requests authorization to allow Auctioneer to advance funds to pay off the secured debt on the Truck and be reimbursed from the sale proceeds.  A copy of the current payoff statement for the Truck is attached hereto as Exhibit "2."

8.      Trustee has negotiated the Auctioneer's commission to only 25% of the **net proceeds** from the sale to enhance the recovery to creditors.  Pursuant to the Office of the United States Trustee's 2011 Revised Supervisory Instruction #10 ("Instruction #10"), Auctioneer's commission shall be payable upon completion of the following:

   a.      No later than 7 days after the auction sale, Auctioneer shall turn over any and all proceeds from the auction to the Trustee;

   b.      No later than 21 days after the Auction, the Auctioneer shall submit to the Trustee a Report of Auctioneer ("Auction Report") which is consistent with the requirements of Instruction #10; and

   c.      Within 7 days of receipt of the Auction Report, the Trustee shall file the Auction Report with the Court together with a brief declaration ("Trustee's Declaration") which is consistent with the requirements of Instruction #10.

9.      Provided an Order has been entered approving payment of the Auctioneer's commission, the Trustee shall compensate the Auctioneer for the Court approved fees and expenses within 7 calendar days of the filing with the Court of the Auction Report and the Trustee's Declaration.

10.     The Trustee believes that the proposal of the Auctioneer is fair and reasonable and the Trustee should be authorized to pay the Auctioneer pursuant to the terms and conditions set forth above.

///

11.   The Trustee is satisfied from the declaration of Jack Pope that he is a disinterested

person within the meaning of Bankruptcy Code Section 101(14), and that he is adequately bonded and

insured.

**WHEREFORE**, the Trustee requests that the Court enter an order as follows:

a.   Authorizing employment of Jack Pope of Pope's Antiques and Auctions as Trustee's

Auctioneer;

b.   Authorizing Auctioneer to advance funds to pay off the secured debt on the Truck and

for Trustee to reimburse Auctioneer from the sale proceeds;

c.   Authorizing payment of Auctioneer's commission without further order of this Court

upon completion of the sale and the requirements of the Office of the United States Trustee's 2011

Revised Supervisory Instruction #10; and

d.   For such other and further relief as the Court deems just and proper.

Dated: October 30, 2025

A. CISNEROS, TRUSTEE

4

Case 6:25-bk-14813-RB    Doc 16    Filed 11/04/25    Entered 11/04/25 11:13:22    Desc
Main Document    Page 8 of 29

# DECLARATION OF A. CISNEROS

I, A. CISNEROS, declare and state as follows:

1. I am the duly appointed, qualified and acting Chapter 7 Trustee, ("Trustee") for the bankruptcy estate of <u>West Coast Plastics Equipment & Knife Inc.</u> ("Debtor"), Case No. 6:25-bk-14813-RB ("Estate"). I am competent to testify to the following of my own personal knowledge, information and belief. I submit this declaration in support of the Trustee's Application to Employ Jack Pope of Pope's Auctions and Antiques as Trustee's Auctioneer and to Pay Commissions upon Completion of Sale ("Application").

2. Debtor in the within proceeding filed for relief under Chapter 7 of the United States Bankruptcy Code on July 17, 2025.

3. I am filing concurrently herewith a Motion to Approve Auction Sale of the Estate's Right, Title and Interest, if any, in Personal Property of the Estate Pursuant to 11 U.S.C. § 363(b)(1)("Sale Motion"). Pursuant to the Sale Motion, I am proposing to sell the Estate's right, title and interest in the below vehicles and equipment (collectively referred to as "Vehicles, Tools, and Machinery"), by way of a public auction, to be conducted by my proposed auctioneer, Jack Pope ("Pope" or "Auctioneer") of Pope's Auctions and Antiques:

i.      A 2021 Chevrolet Silverado 1500 with the last 6 of VIN as 270378 ("Truck").

ii.     Forklift Caterpillar 5,000.

iii.    Oxygen Acetylene complete set-up.

iv.     Machinist tools.

v.      8-foot ladder.

vi.     Tormek bench grinder/sharpener.

vii.    Heavy duty vice set.

viii.   Hand power tools.

ix.     Platform scale.

x.      Box of basic hand tools.

xi.     Motorcycle ramp.

xii.    Craftsman wire-feed welder and cart.

xiii.    Welding rods.

4.    With the assistance of Auctioneer, I completed an analysis of value and determined that the Vehicles, Tools, and Machinery had a gross liquidation value of $34,985; however, after deducting the secured debt on the Truck, and costs of sale, the net equity for the Estate from the Vehicles, Tools, and Machinery is approximately $17,021.

5.    The proposed public auction shall be without any warranties, representations or contingencies, free and clear of liens, claims and interests of third parties, with such liens, claims and interests to attach to the sale proceeds.

6.    Pope obtained possession of the Vehicles, Tools, and Machinery on my behalf and is storing same pending the Auction sale.  Pope performed the analysis of the Vehicles, Tools, and Machinery to determine appropriate liquidation value.  Pope's duties will also include advertising the public auction as appropriate, conducting the public auction, collecting funds, preparing appropriate reporting, and forwarding proceeds to me.

7.    Furthermore, Auctioneer has agreed to advance funds to pay off the secured debt on the Truck and be reimbursed from the sale proceeds.

8.    I negotiated the Auctioneer's commission to only 25% of the **net proceeds** from the sale to enhance the recovery to creditors; and to be paid upon completion of the requirements of the Office of the United States Trustee's 2011 Revised Supervisory Instruction #10.

9.    The 25% commission includes all services referenced above, as well as the costs of advertising and labor.  There is no buyer's premium associated with the auction.  I believe that the proposal of the Auctioneer is fair and reasonable and I should be authorized to pay the Auctioneer on the terms and conditions set forth above.

10.    I am satisfied from the declaration of Jack Pope that he is a disinterested person within the meaning of Bankruptcy Code Section 101(14), and that he is adequately bonded and insured.

///
///
///
///

1    I declare under penalty of perjury under the laws of the State of California, that the foregoing is

2    true and correct and that this declaration was executed on this 30th day of October, 2025 at Riverside,

3    California.

4

5

6    A.CISNEROS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 6:25-bk-14813-RB    Doc 16    Filed 11/04/25    Entered 11/04/25 11:13:22    Desc
Main Document    Page 8 of 19

# DECLARATION OF JACK POPE

I, JACK POPE, declare and state as follows:

1.      I am a duly licensed public auctioneer and President of Pope's Auctions & Antiques, Inc. ("Pope's"), with offices located at 53797 Ridge Rd., Yucca Valley, California; telephone no. (760) 217-2179. I submit this declaration in support of the Trustee's Application to Employ Jack Pope of Pope's Auctions and Antiques as Trustee's Auctioneer and to Pay Commissions upon Completion of Sale ("Application").

2.      I have had extensive experience in the matters to which I am to be engaged and am well qualified to complete the sale of the kind proposed by the Trustee in the foregoing Application. A copy of my resume is attached hereto as Exhibit "3."

3.      I assisted the Trustee in completing an appraisal of the vehicles and equipment described below (collectively referred to as "Vehicles, Tools, and Machinery") and have determined that the best means to liquidate same is a public auction:

    i.      A 2021 Chevrolet Silverado 1500 with the last 6 of VIN as 270378 ("Truck").

    ii.      Forklift Caterpillar 5,000.

    iii.      Oxygen Acetylene complete set-up.

    iv.      Machinist tools.

    v.      8-foot ladder.

    vi.      Tormek bench grinder/sharpener.

    vii.      Heavy duty vice set.

    viii.      Hand power tools.

    ix.      Platform scale.

    x.      Box of basic hand tools.

    xi.      Motorcycle ramp.

    xii.      Craftsman wire-feed welder and cart.

    xiii.      Welding rods.

In my opinion, the gross liquidation value is approximately $34,985 with an expected net of $17,021.

///

4.      I have advised the Trustee that I am adequately bonded in an amount sufficient to cover all receipts from the proposed sale, and all estates in which I have been employed.  My current blanket bond is in the amount of $100,000; and a copy is on file with the Office of the United States Trustee.  Further, I maintain liability insurance for lost or stolen property which protects any/all property under my control which is secured, transported and stored at my auction location until sale, or sold by me _via_ on site auction sales.

5.      To the best of my knowledge, I, as well as each of the principals, employees, and associates of Pope's are disinterested persons, as that phrase is defined in 11 U.S.C. § 101 (14), and declare that neither I, nor any of the persons referenced above:

        (1)     are a creditor, an equity security holder, or insider of the Debtor;

        (2)     are or were, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtors; or

        (3)     have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

6.      To the best of my knowledge, neither I, nor any of the principals, employees, and associates of Pope's, is a relative or employee of the Office of the United States Trustee, has any connection with the Office of the United States Trustee, or any person employed in the Office of the United States Trustee.

7.      I have not received a retainer from the Debtor, the estate, or principal of the Debtor or any third party in connection with the proposed sale.

8.      I have agreed to advance funds to pay off the secured debt on the Truck and be reimbursed from the sale proceeds to complete the sale of same.

9.      At the Trustee's request, I will conduct the sale based solely upon a 25% commission of the net proceeds, payable upon completion of the sale and approval pursuant to the Office of the United States Trustee's 2011 Revised Supervisory Instruction #10.  There will be no buyer's premium charges.

10.     I am familiar with the Office of the United States Trustee's Revised Supervisory Instruction No. 10 regarding the requirements relative to the procedures for employment and

1   compensation of an auctioneer, and agree to comply therewith.

2       I declare under penalty of perjury under the laws of the State of California, that the foregoing is

3   true and correct.

4       Executed on this 30 day of October, 2025, at Yucca , California.

5

6                                                   _Jack Pope_

7                                                   JACK POPE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 6:25-bk-14813-RB    Doc 16    Filed 11/04/25    Entered 11/04/25 11:13:22    Desc
Main Document    Page 11 of 19

.

# EXHIBIT "1"

# Pope's Auctions & Antiques

**53797 Ridge Rd.**
**Yucca Valley, Ca. 92286**
Email: *jackpope19@protonmail.com*
Phone: **760-217-2179**

Appraisal Letter

September 5, 2025

Arturo Cisneros, Trustee
Re: West Coast Plastics Equipment & Knife, Inc.
Case number 6:25-bk-14813-RB

| Item: | Valuation: |
|---|---|
| 2021 Chevrolet Silverado 1500 LT Trails Boss VIN 3GCPYFED5MG270378 License 42967D3 Approx. Mileage: 74,509 | $28,000.00 |
| Forklift Caterpillar 5,000 LBS GC25K Serial# AT2D02668 | $4,000.00 |
| Oxygen Acetylene Set-up complete including oxygen tank, acetylene tank, hoses, torch, and regulators. | $200.00 |
| Machinist tools including a Starrett height gauge in wooden box, jigs, adjustable reamers, Squaring blocks, medium size wooden toolbox with machinist tools inside, small size wooden toolbox with machinist tools inside, box of miscellaneous machinist tools. | $2,000.00 |
| 8-foot ladder | $40.00 |
| Tormek bench grinder/sharpener | $25.00 |
| Hevey duty vice set (1 large, 2 small) | $25.00 |
| Hand power tools including Milwakee Sawsaw, Craftman drill, Skilsaw saw. Air tools including grinder, ratchet and other air tools. | $200.00 |
| Platform scale | $200.00 |
| Box of basic hand tools | $100.00 |
| Motorcycle ramp | $25.00 |
| Craftsman wire-feed welder and cart. | $150.00 |
| Welding rods | $20.00 |
| **Total:** | **$34,985.00** |

Case 6:25-bk-14813-RB    Doc 16    Filed 11/04/25    Entered 11/04/25 11:13:22    Desc
Main Document    Page 13 of 19

2 of 2

# Pope's Auctions & Antiques

**53797 Ridge Rd.**

**Yucca Valley, Ca. 92286**

Email: *Jackpope19@protonmail.com*

Phone: **760-217-2179**

Note: $12,000.00 is still owed to Lienholder *GM FINANCIAL* for 2021 Chevrolet Silverado 1500 LT Trails Boss VIN 3GCPYFED5MG270378 License 42967D3 Approx. Mileage: 74,509

X *Jack Pope*

Jack Pope

Agent

Case 6:25-bk-14813-RB    Doc 15    Filed 11/04/25    Entered 11/04/25 11:13:22    Desc
Main Document    Page 14 of 19

EXHIBIT "2"



*DCLA license pending.*

AmeriCredit Financial Services, Inc.
dba GM Financial
Bankruptcy Department
PO Box 183853
Arlington, TX  76096
Ph:  (877) 203-5538
Fax: (877) 259-6409
Monday-Friday 8:00am - 5:00pm CST

September 10, 2025

West Coast Plastics Equipment & Knife, Inc
21935 Van Buren Street, Suite 26
Grand Terrace, CA 92313

Re:    2021 Chevrolet Silverado VIN: 3GCPYFED5MG270378
Acct No. 211047611070

Dear West Coast Plastics Equipment &

The payoff for this account is $12,290.40.  This amount is good through September 20, 2025 and is subject to change as additional payments are made or if the payoff is received after the good through date.  Should there be any questions concerning this account; contact us at the number shown below.

**Please be advised this is not a demand for payment and this information is being sent to you per your request.**

Sincerely,

**AmeriCredit Financial Services, Inc. dba GM Financial**

By

Adriana Arredondo
Bankruptcy Specialist
(877) 203-5538

Case 6:25-bk-14813-RB    Doc 16    Filed 11/04/25    Entered 11/04/25 11:13:22    Desc
Main Document    Page 16 of 19

EXHIBIT "3"

# Pope's Antiques & Auctions, Inc.
P.O. Box 2167  Yucca Valley, Ca. 92286
Phone 760 365-7887  Fax 760 365-3558
Email : jackpope1@aol.com

I, Jack Pope am a resident of the State of California and am over 18 years of age. I am a principal in Pope's Antiques & Auctions, Inc. and am The principal auctioneer. I have owned retail, antique & auction businesses for over 40 years. I am bonded by the State of California. I provide the following services for Trust Departments of several banks, insurance companys, Superior and Federal courts and private clients.

- Liquidate personal property, private sales, appraisal services, auctions, estate sales, probate matters, expert witness for Federal and Superior courts.

- I am an agent for bankruptcy trustees and have had numerous occasions to provide management and supervisory services in support of operating bankruptcy cases.

- I have a surety bond on file at all times with the Secretary of State of California.

- I have worked for many trustees over the years, Pat Zimmerman, Sandra Brandon, Karl Anderson Jerry Glowdowski, Steve Speier, Art Cisneros, Todd Frealy, Tom Sullivan, Larry Simons, Chuck Lynda Bui, Karen Naylor, John Pringle, and Lisa Patel.

Bankruptcy Types:
Food Markets, Liquor Stores, Churches, Clothing Stores, Jewelry Stores,
Coin Stores, Shoe Stores, Furniture Stores, Hotels, Carpet Stores, Electronic
Stores, Tile Stores, Ostrich Farms, Livestock, Equipment Rental Yards, Steel
Yards, Special Equipment, Nurserys, Landscaping Items, Trucks, Boats,
Vehicles, Motorcycles, Atv's, R.V.'s, Trailers, Heavy Equipment, Cranes,
Backhoes, Tractors, Construction Companys, Firearms and accessories,
Concrete companies, Steel manufacturer, Airplanes, Medical Supplies and
more.

Receivership Types:
Car Washes, Gas Stations, Livestock, Date Orchards, Hotels, Recycling
centers

Private Estates and Charity Auctions:
Roy Rogers Home, Museum & Horse Ranch, William Holden, Jeanette
Rockerfeller, Pat O'Brien, William Powell, Jimmy Van Heusen, Barbara
Sinatra Children's Foundation, Lifestyles of the Rich & Famous, The City of
Hope, Boys & Girls Club, Senior Citizens. I have sold items from Clark
Gable, Elvis, Henry Fonda, Liberace, William Holden, Lucy & Desi Arnaz
and many others throughout California. Art, glassware, hand tied rugs,
Bronzes, Collectibles and much more.

Jack Pope

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*2112 Business Center Drive, Irvine, CA 92612*

A true and correct copy of the foregoing document entitled (specify): ***Trustee's Application to Employ Jack Pope of Pope's Auctions & Antiques as Trustee's Auctioneer and to Pay Auctioneer Commissions upon Completion of Sale; Declarations of A. Cisneros and Jack Pope in Support Thereof*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)*  **November 4, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Debtor's Counsel:** Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
**OUST:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
**Interested Party:** Mandy Youngblood    csbk@gmfinancial.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:  On *(date)*  **November 4, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** West Coast Plastics Equipment & Knife, Inc., 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313-5641
**Auctioneer:** Jack Pope, Pope's Antiques & Auctions, Inc., 53797 Ridge Rd., Yucca Valley, CA 92286

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Service on Judge not required pursuant to LBR 5005-2(d) and Court Manual Appendix F2.2(c)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 4, 2025 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

# EXHIBIT "2"

1  A. CISNEROS
   3403 Tenth Street, Suite 714
2  Riverside, California 92501
   Email: amctrustee@mclaw.org
3  Telephone:  (951) 682-9705
   Telecopier: (951) 682-9707
4

5  Chapter 7 Trustee

6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    RIVERSIDE DIVISION

11  In re:                              Case No. 6:25-bk-14813-RB

12  WEST COAST PLASTICS EQUIPMENT &     Chapter 7
    KNIFE, INC.,
13                                      NOTICE OF TRUSTEE'S INTENT TO
                                        EMPLOY AUCTIONEER AND PAY
14                     Debtor.          AUCTIONEER COMMISSIONS UPON
                                        COMPLETION OF SALE
15
                                        No Hearing Required Pursuant to Local
16                                      Bankruptcy Rule 9013-1(o)

17

18

19  **TO ALL PARTIES IN INTEREST:**

20         **PLEASE TAKE NOTICE** that A. CISNEROS, the duly appointed and qualified Chapter 7

21  Trustee (the "Applicant" or "Trustee") for the bankruptcy estate of West Coast Plastics Equipment

22  & Knife, Inc. ("Debtor"), pursuant to 11 U.S.C. § 327, will file concurrently herewith an

23  application for an order authorizing him to employ Jack Pope ("Auctioneer") of Pope's Auctions

24  and Antiques.  In compliance with Local Bankruptcy Rule 2014-1(b)(3), Applicant hereby provides

25  the following information regarding the Application:

26  ///

27  ///

28  ///

                                    1

I.    **THE IDENTIFICATION OF THE PROFESSIONAL AND PURPOSE AND SCOPE OF EMPLOYMENT.**

This case was commenced on July 17, 2025, by the filing of a Voluntary Petition under Chapter 7 of the Bankruptcy Code.  Thereafter, Applicant was appointed Chapter 7 Trustee.  The Applicant has determined that it will be necessary to employ Auctioneer to complete an auction sale of the below vehicles and equipment in order to pay claims of creditors and expenses of administration:

      i.     A 2021 Chevrolet Silverado 1500 with the last 6 of VIN as 270378 ("Truck").

      ii.    Forklift Caterpillar 5,000.

      iii.   Oxygen Acetylene complete set-up.

      iv.   Machinist tools.

      v.    8-foot ladder.

      vi.   Tormek bench grinder/sharpener.

      vii.   Heavy duty vice set.

      viii.  Hand power tools.

      ix.   Platform scale.

      x.    Box of basic hand tools.

      xi.   Motorcycle ramp.

      xii.   Craftsman wire-feed welder and cart.

      xiii.  Welding rods.

II.    **ARRANGEMENT FOR COMPENSATION**

Auctioneer has not received, nor will it receive, any retainer from the Trustee or the bankruptcy estate.  Auctioneer will accept as compensation such sum as the Court deems reasonable.  There will be no written employment agreement separate from the application and the order to be obtained thereon, and the only source of payment of compensation is the estate.  Trustee has negotiated the Auctioneer's commission to only 25% of the **net proceeds** from the sale and will comply with the provisions of the Office of the United States Trustee's 2011 Supervisory Instruction #10.

**III.    PROCEDURE FOR OBTAINING COPY OF APPLICATION**.

A copy of the Application may be obtained upon request by contacting Mayra Johnson, Administrator for A. Cisneros, 3403 Tenth Street, Suite 714, Riverside, California 92501, telephone (951) 682-9705; facsimile (951) 682-9707; and email mjohnson@mclaw.org.

**IV.    PROCEDURE FOR OBJECTING AND/OR RESPONDING TO APPLICATION AND REQUESTING HEARING.**

In the event that a party desires to respond to or object to the Application, response or objection shall be as follows:

Any response or request for hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), shall be filed with the Clerk of the Court and served upon (1) the Trustee, A. Cisneros, 3403 Tenth Street, Suite 714, Riverside, CA 92501; and (2) the Office of the U.S. Trustee, 3801 University Avenue, Ste. 720, Riverside, California 92501, within fourteen (14) days from the date of service of this notice.

**PLEASE TAKE FURTHER NOTICE** that papers not timely filed and served may be deemed by the Court to be consent to the granting of the Application.

Dated: October 30, 2025

A. Cisneros, Chapter 7 Trustee

Date of Service: 11-4-2025

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*2112 Business Center Drive, Irvine, CA 92612*

A true and correct copy of the foregoing document entitled (specify): **Notice of Trustee's Intent to Employ Auctioneer and Pay Auctioneer Commissions upon Completion of Sale** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.**  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **November 4, 2025** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Debtor's Counsel:** Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,
NexusBankruptcy@jubileebk.net
**OUST:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
**Interested Party:** Mandy Youngblood    csbk@gmfinancial.com

☐  Service information continued on attached page

**2.**  **SERVED BY UNITED STATES MAIL:**  On (*date*)  **November 4, 2025** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** West Coast Plastics Equipment & Knife, Inc., 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313-5641
**Auctioneer:** Jack Pope, Pope's Antiques & Auctions, Inc., 53797 Ridge Rd., Yucca Valley, CA 92286
**General Creditor Body:** See Attached

☒  Service information continued on attached page

**3.**  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Service on Judge not required pursuant to LBR 5005-2(d) and Court Manual Appendix F2.2(c)**

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 4, 2025 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-6
Case 6:25-bk-14813-RB
Central District of California
Riverside
Tue Nov  4 09:05:26 PST 2025

West Coast Plastics Equipment & Knife, Inc
21935 Van Buren Street, Suite 26
Grand Terrace, CA 92313-5641

Riverside-Division
3420 Twelfth Street,
Riverside, CA 92501-3819
**No service required**

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

American Cutting Edge
4455 Infirmary Rd
Miamisburg, OH 45342-1233

Cumberland / ACS
2900 S 160th St
New Berlin, WI 53151-3606

FedEx Corporate Services Inc.
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Frome Investments LLC
151 Kalmus Dr Ste F2
Costa Mesa, CA 92626-5965

GM Financial
PO Box 183853
Arlington, TX 76096-3853

GlobalTranz
2700 Commerce St Ste 1500
Dallas, TX 75226-1404

GlobalTranz Enterprises, LLC
2700 Commerce St. 15th Floor
15th Floor
Dallas, TX 75226-1404

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255
**CM/ECF Electronic Service List**

VeriCore
10115 Kincey Ave Ste 100
Huntersville, NC 28078-6482

(p)ARTURO CISNEROS  TR
3403 TENTH STREET SUITE 714
RIVERSIDE CA 92501-3641
**CM/ECF Electronic Service List**

Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626-3063
**CM/ECF Electronic Service List**

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Southern California Edison
O-Box 800
osemead, CA 91770-0800
Preferred mailing address above

Arturo Cisneros (TR)
3403 Tenth Street, Suite 714
Riverside, CA 92501
**CM/ECF Electronic Service List**

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)Courtesy NEF

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 714, Riverside, CA 92501

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 11/24/2025 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Mandy Youngblood    csbk@gmfinancial.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 11/24/2025 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge (via Personal Delivery):  The Honorable Magdalena Reyes-Bordeaux, United States Bankruptcy Court, 3420 Twelfth Street, Courtroom 303, Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/24/2025 | Mayra Johnson | /s/ Mayra Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 3    F 9013-1.2.NO.REQUEST.HEARING.DEC