A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 7 Trustee

FILED & ENTERED

NOV 24 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:25-bk-14813-RB |
| WEST COAST PLASTICS EQUIPMENT & KNIFE, INC., | Chapter 7 |
| Debtor. | **ORDER AUTHORIZING TRUSTEE TO EMPLOY JACK POPE OF POPE'S AUCTIONS AND ANTIQUES AS AUCTIONEER AND TO PAY AUCTIONEER COMMISSIONS UPON COMPLETION OF SALE** |
| | [No Hearing Required] |

The "Trustee's Application to Employ Jack Pope of Pope's Auctions and Antiques as Trustee's Auctioneer and To Pay Auctioneer Commission Upon Completion of Sale; Declarations of A. Cisneros and Jack Pope in Support Thereof" ("Application") filed on November 4, 2025 as docket no. 16 was presented to this court. The court having read and considered the Application and all papers and pleadings filed in support thereof, no objections or responses having been filed, and good cause appearing therefore,

1

**IT IS ORDERED** that:

1. The Trustee is authorized to employ Jack Pope of Pope's Antiques and Auctions as Trustee's auctioneer.

2. Auctioneer is authorized to advance funds to pay off the secured debt on the 2021 Chevrolet Silverado and for Trustee to reimburse auctioneer from the sale proceeds.

3. The Trustee is authorized to pay the auctioneer's commissions upon completion of the sale and of the requirements of the Office of the United States Trustee's Supervisory Instruction #10.

###

Date: November 24, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge