United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 25-14813-RB |
| West Coast Plastics Equipment & Knife, I | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

**Recip ID        Recipient Name and Address**
db            +    West Coast Plastics Equipment & Knife, Inc, 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313-5641

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Benjamin Heston | on behalf of Debtor West Coast Plastics Equipment & Knife  Inc bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Mandy Youngblood | on behalf of Interested Party Courtesy NEF csbk@gmfinancial.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 7 Trustee

**FILED & ENTERED**

NOV 24 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:25-bk-14813-RB |
| WEST COAST PLASTICS EQUIPMENT & KNIFE, INC., | Chapter 7 |
| Debtor. | **ORDER AUTHORIZING TRUSTEE TO EMPLOY JACK POPE OF POPE'S AUCTIONS AND ANTIQUES AS AUCTIONEER AND TO PAY AUCTIONEER COMMISSIONS UPON COMPLETION OF SALE** |
| | [No Hearing Required] |

The "Trustee's Application to Employ Jack Pope of Pope's Auctions and Antiques as Trustee's Auctioneer and To Pay Auctioneer Commission Upon Completion of Sale; Declarations of A. Cisneros and Jack Pope in Support Thereof" ("Application") filed on November 4, 2025 as docket no. 16 was presented to this court. The court having read and considered the Application and all papers and pleadings filed in support thereof, no objections or responses having been filed, and good cause appearing therefore,

1

**IT IS ORDERED** that:

1. The Trustee is authorized to employ Jack Pope of Pope's Antiques and Auctions as Trustee's auctioneer.

2. Auctioneer is authorized to advance funds to pay off the secured debt on the 2021 Chevrolet Silverado and for Trustee to reimburse auctioneer from the sale proceeds.

3. The Trustee is authorized to pay the auctioneer's commissions upon completion of the sale and of the requirements of the Office of the United States Trustee's Supervisory Instruction #10.

###

Date: November 24, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge