United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 25-14813-RB |
| West Coast Plastics Equipment & Knife, I | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + West Coast Plastics Equipment & Knife, Inc, 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313-5641 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Benjamin Heston | on behalf of Debtor West Coast Plastics Equipment & Knife Inc bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Mandy Youngblood | on behalf of Interested Party Courtesy NEF csbk@gmfinancial.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

1 | A. Cisneros
2 | 3403 Tenth Street, Suite 714
  | Riverside, California 92501
3 | Telephone: (951) 682-9705
  | Facsimile: (951) 682-9707
4 | Email: amctrustee@mclaw.org

5 | Chapter 7 Trustee

**FILED & ENTERED**

**NOV 24 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** moser **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| In re: | Case No. 6:25-bk-14813-RB |
|---|---|
| WEST COAST PLASTICS EQUIPMENT & KNIFE, INC., | Chapter 7 |
| Debtor. | **ORDER AUTHORIZING AUCTION SALE OF THE ESTATE'S RIGHT, TITLE AND INTEREST, IF ANY, IN PERSONAL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. SECTION 363(b)(1)** |
| | [No Hearing Required] |

The "Trustee's Motion to Approve Auction Sale of the Estate's Right, Title, and Interest, if any, in Personal Property of the Estate Pursuant to 11 U.S.C. § 363(b)(1); Memorandum of Points and Authorities; Declarations of A. Cisneros and Jack Pope In Support Thereof" ("Motion") filed on November 4, 2025 as docket no. 18 was presented to this court. The court having read and considered the Application and all papers and pleadings filed in support thereof, no objections or responses having been filed, and good cause appearing therefore,

1

**IT IS ORDERED** that:

1. The Motion is granted. The Trustee is authorized to complete an auction sale of the Vehicles, Tools, and Machinery (as defined in the Motion) pursuant to the terms and conditions set forth in the Motion, on the date, time, and at the location set forth in the Motion; or any continued date thereafter as the auctioneer's calendar will allow until the Vehicles, Tools, and Machinery are sold.

2. The Trustee is authorized to execute any and all documents necessary to consummate the sale.

###

Date: November 24, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

2