A. CISNEROS
3403 Tenth Street, Ste. 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WEST COAST PLASTICS EQUIPMENT & KNIFE, INC.,<br><br><br>Debtor. | Case No. 6:25-bk-14813-RB<br><br>Chapter 7<br><br>**NOTICE OF CONTINUED AUCTION SALE**<br><br>**Original Sale Information:**<br>Date: December 6, 2025<br>Time: 11:00 a.m.<br>Location: Pope's Auctions & Antiques<br>    55898 Santa Fe Trail<br>    Yucca Valley, CA 92884<br><br>**Continued Sale Information:**<br>Date: January 24, 2026<br>Time: 11:00 a.m.<br>Location: Pope's Auctions & Antiques<br>    55898 Santa Fe Trail<br>    Yucca Valley, CA 92884 |

**NOTICE IS HEREBY GIVEN** that pursuant to the "Order Authorizing Auction Sale of the Estate's Right, Title, and Interest, if any, in Personal Property of the Estate Pursuant to 11 U.S.C. Section 363(b)(1)" entered by the Court on November 24, 2025 [docket no. 25] ("Order") and the Notice of Sale of Estate Property [docket no. 20], the auction sale date scheduled for December 6, 2025 at 11:00 a.m. has partially occurred; however, the sale date is continued to January 24, 2026 to complete/finalize the sale of the Vehicles, Tools, and Machinery.

Respectfully submitted.

Dated: December 30, 2025

A. CISNEROS, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*3403 Tenth Street, Suite 714, Riverside, CA 92501*

A true and correct copy of the foregoing document entitled (specify): ***Notice of Continued Auction Sale*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) *12/30/2025*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Debtor's Counsel:**Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,
NexusBankruptcy@jubileebk.net
**OUST:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
**Interested Party:** Mandy Youngblood    csbk@gmfinancial.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) *12/30/2025*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313 *Undeliverable per returned mail*
**Auctioneer**: Jack Pope, Pope's Antiques & Auctions, Inc., 53797 Ridge Rd., Yucca Valley, CA 92286
**General Creditor Body:** See attached list

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/30/2025 | Mayra Johnson | /s/ Mayra Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-6
Case 6:25-bk-14813-RB
Central District of California
Riverside
Tue Dec 30 15:21:00 PST 2025

Jack Pope of Pope's Auctions and Antiqu
53797 Ridge Rd
Yucca Valley, CA 92284-2349

West Coast Plastics Equipment & Knife, Inc
21935 Van Buren Street, Suite 26
Grand Terrace, CA 92313-5641
*Undeliverable per returned mail*

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819
No Service required

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

American Cutting Edge
4455 Infirmary Rd
Miamisburg, OH 45342-1233

C.B. Manufacturing & Sales Co., Inc.
4455 Infirmary Rd.
Miamisburg, OH 45342-1233

Cumberland / ACS
2900 S 160th St
New Berlin, WI 53151-3606

FedEx Corporate Services Inc.
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Frome Investments LLC
151 Kalmus Dr Ste F2
Costa Mesa, CA 92626-5965

GM Financial
PO Box 183853
Arlington, TX 76096-3853

GlobalTranz
2700 Commerce St Ste 1500
Dallas, TX 75226-1404

GlobalTranz Enterprises, LLC
2700 Commerce St. 15th Floor
15th Floor
Dallas, TX 75226-1404

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255
CM/ECF Electronic Service

VeriCore
10115 Kincey Ave Ste 100
Huntersville, NC 28078-6482

(p)ARTURO CISNEROS    TR
3403 TENTH STREET SUITE 714
RIVERSIDE CA 92501-3641
CM/ECF Electronic Service

Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626-3063
CM/ECF Electronic Service

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Southern California Edison
PO Box 800
Rosemead, CA 91770-0800
Preferred mailing address above

Arturo Cisneros (TR)
3403 Tenth Street, Suite 714
Riverside, CA 92501
Preferred mailing address above

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    17
Bypassed recipients     1
Total                  18