A. CISNEROS
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Telecopier: (951) 682-9707
amctrustee@mclaw.org

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WEST COAST PLASTICS EQUIPMENT & KNIFE, INC.,<br><br>Debtor. | Case No. 6:25-bk-14813-RB<br><br>Chapter 7<br><br>REPORT OF SALE PURSUANT TO RULE 6004(f) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND DECLARATION OF A. CISNEROS, TRUSTEE, REGARDING COMPLIANCE WITH THE OFFICE OF THE UNITED STATES TRUSTEE'S REVISED SUPERVISORY INSTRUCTION #10<br><br>No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o) and 6004-1(c) |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

A. Cisneros, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee"), for the bankruptcy estate of <u>West Coast Plastics Equipment & Knife Inc.</u> ("Debtor"), Case No. 6:25-bk-14813-RB ("Estate"), respectfully submits his Report of Sale pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure.

Rule 6004(f) states in pertinent part: "(1) *Public or Private Sale*. All sales not in the ordinary course of business may be by private sale or by public auction. Unless it is

impracticable, an itemized statement of the property sold, the name of each purchaser, and the price received for each item or lot or for the property as a whole if sold in bulk shall be filed on completion of the sale…."

I. **SUMMARY OF REPORT OF SALE**

Trustee conducted an investigation of the Debtor's scheduled assets, including conducting an equity analysis of a 2021 Chevrolet Silverado 1500 ("Truck") and other machinery/equipment and tools ("Tools and Machinery"), and determined that the Tools and Machinery and Truck had potential equity (beyond the secured lien on the Truck) for the benefit of the Estate.  Pursuant to the Debtor's representation that the Truck and Tools and Machinery would be surrendered, Trustee requested that Jack Pope ("Pope" or "Auctioneer") of Pope's Auctions and Antiques, provide a valuation of the Truck and Tools and Machinery; and secure same, if needed.  Pope secured the Truck and various Tools and Machinery.

Thereafter, the Trustee filed motions for authorization to employ Auctioneer and for approval of an auction sale.  Trustee also requested authorization for Auctioneer to advance funds to pay off the secured debt on the Truck and be reimbursed from the sale proceeds.  After obtaining approval of the Auctioneer employment and auction sale, the Auctioneer paid the Truck's secured debt and conducted the sale; however, he could not close on the Truck without title.  Ultimately, after some delay in obtaining title from the secured creditor, the Trustee was able to close the sale and net $21,706.10 (after applying the reimbursement owed to Auctioneer of $12,293.90), subject to Mr. Pope's commission on same.

Dated: February 26, 2026            Respectfully Submitted,

                                    /s/ A. Cisneros
                                    A. CISNEROS, Trustee

**DECLARATION IN SUPPORT OF REPORT OF SALE**

I, A. CISNEROS, declare and state as follows:

1.   I am the duly appointed, qualified and acting Chapter 7 Trustee, ("Trustee") for the bankruptcy estate of <u>West Coast Plastics Equipment & Knife Inc.</u> ("Debtor"), Case No. 6:25-bk-14813-RB. As such, I have personal knowledge of the facts stated herein and if called upon to testify I could and would competently testify thereto.

2.   On November 4, 2025, I filed the motion entitled "Trustee's Motion to Approve Auction Sale of the Estate's Right, Title, and Interest, If Any, in Personal Property of the Estate Pursuant to 11 U.S.C. § 363(b)(1)" ("Auction Sale Motion") for approval of an auction sale to be conducted on December 6, 2025 of the following vehicle and miscellaneous machinery, equipment, and tools ("Tools and Machinery"):

   i.    A 2021 Chevrolet Silverado 1500 with the last 6 of VIN as 270378 ("Truck").
   ii.   Forklift Caterpillar 5,000.
   iii.  Oxygen Acetylene complete set-up.
   iv.   Machinist tools.
   v.    8-foot ladder.
   vi.   Tormek bench grinder/sharpener.
   vii.  Heavy duty vice set.
   viii. Hand power tools.
   ix.   Platform scale.
   x.    Box of basic hand tools.
   xi.   Motorcycle ramp.
   xii.  Craftsman wire-feed welder and cart.
   xiii. Welding rods.

3.   An Order authorizing the auction sale of the Truck and Tools and Machinery was entered on November 24, 2025 as Docket No. 25.

4.   I was also authorized to employ Jack Pope ("Pope") of Pope's Auctions and Antiques ("Auctioneer") wherein I requested authorization for Auctioneer to advance funds to pay

-3-

off the secured debt on the Truck and be reimbursed from the sale proceeds. Furthermore, I negotiated a commission of 25% on the **net proceeds** only; and the employment was approved pursuant to court Order entered on November 24, 2025 as Docket No. 24.

5. On December 6, 2025, Auctioneer conducted an auction sale of the Truck and Tools and Machinery. Several buyers were interested in the Truck, however, as Auctioneer did not have title on hand due to the delay of the secured creditor, the auction sale was continued.

6. Upon receiving title to the Truck, Pope then proceeded to complete the sale for same.

7. On February 23, 2026, Pope forwarded to me the Reports of Sale ("Reports") and gross proceeds therefrom. Copies of the Reports are attached hereto as Exhibit "1."

8. The gross proceeds totaled $34,000 ($29,000 for the Truck, $2,500 for the Forklift Caterpillar, and $2,500 for the miscellaneous Tools and Machinery). After reimbursing Auctioneer for advancing payment of secured lien ($12,293.90 for the Truck), the net proceeds of $21,706.10 will remain. Copies of the payoff amount for the secured debt owed to GM Financial and Pope's evidence of payment to secured lender are attached hereto as Exhibit "2."

9. In compliance with the Office of the United States Trustee's Supervisory Instruction No. 10:

    a. I have compared the Report to the list of items/lots sold and same is satisfactory;

    b. the gross funds have been turned over to me;

    c. Auctioneer will be reimbursed $12,293.90 for advancing funds to payoff secured debt on the Truck; and

    d. Auctioneer will be compensated in the future consistent with the terms of the duly noticed application for compensation in the sum of $5,426.53 (25% of the net proceeds of $21,706.10);.

Dated: February 26, 2026

A. CISNEROS
Chapter 7 Trustee

-4-

# EXHIBIT "1"

# Pope's Auctions & Antiques

53797 Ridge Rd.

Yucca valley, Ca. 92286

Email: *jackpope19@protonmail.com*

Phone: 760-217-2179

## Report of Sale

Date: February 12, 2026

Att: Arturo Cisneros, Trustee

Re: West Coast Plastics Equipment & Knife, Inc.

Case Number: 6:25-bk-14813-RB

Vehicle information: 2021 Chevrolet Silverado 1500 LT Trails Boss

VIN: 3GCPYFED5MG270378

Plate number: 42967D3

Vehicle sold to <u>Unicar Honda (Phone number: (760) 345-7555 address: 78970 Varner Rd Indio, CA 92203)</u> for the total amount of <u>$29,000.00</u>
Note: $12,290.40 was still owed to Lienholder GM FINANCIAL and was paid by agent (Pope's Auctions & Antiques)

X *[signature]*
Agent  Jack Pope

# Pope's Auctions & Antiques

53797 Ridge Rd.

Yucca Valley, Ca. 92286

Email: *jackpope19@protonmail.com*

Phone: 760-217-2179

## Report of Sale

Date: *February 12, 2026*

Attn: Arturo Cisneros, Trustee

Re: West Coast Plastics Equipment & Knife, Inc.

Case Number: 6:25-bk-14813-RB

- Forklift Caterpillar 5,000 LBS GC25K
- Serial# AT2D02668

Forklift Caterpillar 5,000 LBS GC25K Serial# AT2D02668 sold to *Mike Matthew* for the total amount of $2,500.00 (no sales tax due on sale)

X _____

Agent   Jack Pope

# Pope's Auctions & Antiques

53797 Ridge Rd.

Yucca Valley, Ca. 92286

Email: *jackpope19@protonmail.com*

Phone: 760-217-2179

### Report of Sale

Date: *February 12, 2026*

Attn: Arturo Cisneros, Trustee

Re: West Coast Plastics Equipment Knife Inc

Case Number: 6:25-6K-14813-RB

- Personal property/entire inventory:

Personal property/entire inventory were sold to *Mike Matthew* for the total amount of $2,500.00  (Sold wholesale, no sales tax due on sale)

Personal property/entire inventory to include Oxygen Acetylene Set-up complete including oxygen tank, acetylene tank, hoses, torch, and regulators, Machinist tools including a Starrett height gauge in wooden box, jigs, adjustable reamers, Squaring blocks, medium size wooden toolbox with machinist tools inside, small size wooden toolbox with machinist tools inside, box of miscellaneous machinist tools, 8-foot ladder, Tormek bench grinder/sharpener, Hevey duty vice set (1 large, 2 small), Hand power tools including Milwakee Sawsaw, Craftsman drill, Skilsaw saw. Air tools including grinder, ratchet and other air tools, Platform scale, Box of basic hand tools, Motorcycle ramp, Craftsman wire-feed welder and cart, Welding rods, and other miscellaneous tools.

X _____

Agent   Jack Pope

# EXHIBIT "2"

# Pope's Auctions & Antiques

53797 Ridge Rd.

Yucca valley, Ca. 92286

Email: *jackpope19@protonmail.com*

Phone: 760-217-2179

## Request For Reimbursement

Invoice date: *February 12, 2026*

Att: Arturo Cisneros

Re: West Coast Plastics Equipment & Knife, Inc.

Case number: 6:25-bk-14813-RB

We request reimbursement for the advancing of the payoff payment made to AmeriCredit Financial Services, Inc. dba GM Financial on behalf of West Coast Plastics Equipment & Knife, Inc (Acct No. 211047611070) Vehicle: 2021 Chevrolet Silverado  VIN: 3GCPYFED5MG270378 for the total payoff amount of $12,290.40 (plus transfer fee $3.50) on October 10th, 2025.
(Please see acompaning receipts for corroborating details.)

Total reimbursement amount due to Pope's Auctions & Antiques is $12,293.90

Respectfully submitted,

X _____
Jack Pope

From   noreply@speedpay.com <noreply@speedpay.com>
To     jackpope19@proton.me
Date   Friday, October 10th, 2025 at 1:23 PM

COPY



This is your ACI Payments, Inc. Money Transfer receipt and confirms your authorization for a one-time electronic bill payment to GM Financial on 10/10/2025 16:23:01. The Total amount will be debited from, or charged to, Your Bank Account or Card listed below.

Confirmation Number: 270816800

Sender Name: WEST WEST COAST PLASTICS EQUIP
Sender Address: 21935 VAN BUREN STREET SUITE 2 , GRAND TERRACE, CA 92313

Account Number with Receiver: *1070
Your Bank Account or Card #: *0240

Receiver: GM Financial
3801 S. Collins St.
Arlington, TX 76014

Scheduled Payment Date: 10/10/2025
Payment Amount: $12290.40
Money Transfer Fee: $3.50
Total: $12293.90

Non-delivery or delayed delivery recourse will be against ACI Payments, Inc. and not your biller.

California Residents: You, the customer, are entitled to a refund of the money to be transmitted as the result of this agreement if ACI Payments, Inc. does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you. If your instructions as to when the moneys shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted, you have a right to a refund of your money. If you want a refund, you must mail or deliver your written request to ACI Payments, Inc. at 6060 Coventry Drive, Elkhorn, NE 68022. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000 and attorney's fees pursuant to Section 2102 of the California Financial Code.

COMPLAINTS: Click here for information about filing a complaint

Please contact GM Financial directly at the address listed above, or by calling 855-501-5563 if you have questions about the posting of this Payment to Your GM Financial account ending with 1070.

# gm FINANCIAL

*DCLA license pending.*

**AmeriCredit Financial Services, Inc. dba GM Financial**
Bankruptcy Department
PO Box 183853
Arlington, TX 76096
Ph: (877) 203-5538
Fax: (877) 259-6409
Monday-Friday 8:00am - 5:00pm CST

September 10, 2025

West Coast Plastics Equipment & Knife, Inc
21935 Van Buren Street, Suite 26
Grand Terrace, CA 92313

Re:   2021 Chevrolet Silverado VIN: 3GCPYFED5MG270378
      Acct No. 211047611070

Dear West Coast Plastics Equipment &

The payoff for this account is $12,290.40. This amount is good through September 20, 2025 and is subject to change as additional payments are made or if the payoff is received after the good through date. Should there be any questions concerning this account; contact us at the number shown below.

**Please be advised this is not a demand for payment and this information is being sent to you per your request.**

Sincerely,

**AmeriCredit Financial Services, Inc. dba GM Financial**

By

Adriana Arredondo
Bankruptcy Specialist
(877) 203-5538

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 714, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (specify): **Report of Sale Pursuant to Rule 6004(f) of the Federal Rules of Bankruptcy Procedure and Declaration of A. Cisneros, Trustee, Regarding Compliance with the Office of the United States Trustee's Revised Supervisory Instruction #10** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **February 26, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Trustee:** Arturo Cisneros (TR)   amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Debtor's Counsel:** Benjamin Heston   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
**OUST:** United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov
**Interested Party:** Mandy Youngblood   csbk@gmfinancial.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (date) **February 26, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** ~~West Coast Plastics Equipment & Knife, Inc., 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313~~
Debtor no longer at this address
**Auctioneer:** Jack Pope, Pope's Antiques & Auctions, Inc., 53797 Ridge Rd., Yucca Valley, CA 92286

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 26, 2026 | Mayra Johnson | /s/ Mayra Johnson |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       **F 9013-3.1.PROOF.SERVICE**