A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WEST COAST PLASTICS EQUIPMENT & KNIFE, INC<br><br><br><br>Debtor. | Case No. 6:25-bk-14813 RB<br><br>Chapter 7<br><br>NOTICE OF TRUSTEE'S APPICATION TO EMPLOY HAHN FIFE & COMPANY, LLP, AS ACCOUNTANTS<br><br>[No Hearing Necessary] |

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that A. Cisneros ("Trustee" or "Applicant") is filing concurrently herewith an application to employ Hahn Fife & Company, LLP ("Hahn Fife") as his accountants in the above-captioned bankruptcy proceeding effective August 8, 2026 and pursuant to 11 U.S.C. § 327(a).

The scope of Hahn Fife's employment will include, but may not be limited to financial records review, review the Debtor's books and records and preparation of any required estate income tax returns.

1

A copy of the Application may be obtained upon written request to the Trustee, A. Cisneros, at 3403 Tenth Street, Ste. 714, Riverside, California 92501. Hahn Fife will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. Section 330; and agrees to accept as compensation such sums us the Court may allow pursuant to 11 U.S.C. Section 330.

Except as provided in the Application, to the best of Trustee's knowledge, and based upon the statement of disinterestedness filed concurrently therewith, Hahn Fife is disinterested within the meaning of 11 U.S.C. Section 327(a) and 101(14).

Hahn Fife agrees to the terms and conditions of employment in the Application, and is willing to accept compensation and reimbursement of expenses in such amounts that the Court may award. Hahn Fife understands that its compensation may be modified under 11 U.S.C. Section 330, if so warranted. No retainer has been paid or is being proposed to be paid.

PLEASE TAKE FURTHER NOTICE pursuant to Local Bankruptcy Rule 2014-1 (b)(3)(B) that any response and request for hearing on the Application must be in the form required by Local Bankruptcy Rule 9013-1(f), and filed with the Clerk of the United States Bankruptcy located at 3420 Twelfth Street, Riverside, CA 92501, no later than fourteen (14) days from the date of service of this notice, plus an additional three (3) days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). The Trustee will set a hearing date and send out notice thereto if any such response is timely received. No hearing will be held if no response and request for hearing is received.

Dated: August 11, 2026

_A. Cisneros, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1055 E. COLORADO BLVD., 5TH FLOOR, PASADENA, CA 91106

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
___8-14-26___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Mandy Youngblood**    csbk@gmfinancial.com

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) ___8-14-26___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor / West Coast Plastics Equipment & Knife Inc / 21935 Van Buren Street, Suite 26 / Grand Terrace, CA 92313

☒ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/14/26 | Martha Quintero | *Martha Quintero* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                       3                             **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-6
Case 6:25-bk-14813-RB
Central District of California
Riverside
Mon Aug 10 11:52:24 PDT 2026

Jack Pope of Pope's Auctions and Antiqu
53797 Ridge Rd
Yucca Valley, CA 92284-2349

West Coast Plastics Equipment & Knife, Inc
21935 Van Buren Street, Suite 26
Grand Terrace, CA 92313-5641

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

American Cutting Edge
4455 Infirmary Rd
Miamisburg, OH 45342-1233

C.B. Manufacturing & Sales Co., Inc.
4455 Infirmary Rd.
Miamisburg, OH 45342-1233

Cumberland / ACS
2900 S 160th St
New Berlin, WI 53151-3606

FedEx Corporate Services Inc.
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

Frome Investments LLC
151 Kalmus Dr Ste F2
Costa Mesa, CA 92626-5965

GM Financial
PO Box 183853
Arlington, TX 76096-3853

GlobalTranz
2700 Commerce St Ste 1500
Dallas, TX 75226-1404

GlobalTranz Enterprises, LLC
2700 Commerce St. 15th Floor
15th Floor
Dallas, TX 75226-1404

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

VeriCore
10115 Kincey Ave Ste 100
Huntersville, NC 28078-6482

(p)ARTURO CISNEROS  TR
3403 TENTH STREET SUITE 714
RIVERSIDE CA 92501-3641

Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626-3063


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Southern California Edison
PO Box 800
Rosemead, CA 91770-0800

Arturo Cisneros (TR)
3403 Tenth Street, Suite 714
Riverside, CA 92501


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

4