DONALD T. FIFE
Hahn Fife & Company, LLP
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106
(626) 792-0855 Phone
(626) 792-0879 Fax
*dfife@hahnfife.com*

FILED & ENTERED

SEP 14 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WEST COAST PLASTICS EQUIPMENT & KNIFE, INC.<br><br>Debtor. | Case No. 6:25-bk-14813 RB<br><br>Chapter 7<br><br>ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY., LLP AS ACCOUNTANTS |

The Court having read and considered the Trustee's Application to Employ Hahn Fife & Company., LLP as Accountants Pursuant to U.S.C. Section 327(a) ("Application") filed on August 14, 2026 as Docket 30, noting the lack of opposition, and with good cause shown,

/ /

/ /

/ /

IT IS ORDERED that the Application is granted and the Chapter 7 Trustee is authorized to employ Hahn Fife & Company as accountants for the estate with an effective date of August 8, 2026. Employment is under 11 U.S.C. § 327(a) and compensation and reimbursement of costs are subject further application, determination, and approval by this court under 11 U.S.C. § 330 or § 331.

###

Date: September 14, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge