United States Bankruptcy Court

Central District of California

In re: Case No. 25-14813-RB

West Coast Plastics Equipment & Knife, I Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 1

Date Rcvd: Sep 14, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | West Coast Plastics Equipment & Knife, Inc, 21935 Van Buren Street, Suite 26, Grand Terrace, CA 92313-5641 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Benjamin Heston | on behalf of Debtor West Coast Plastics Equipment & Knife Inc bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Mandy Youngblood | on behalf of Interested Party Courtesy NEF csbk@gmfinancial.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

DONALD T. FIFE
Hahn Fife & Company, LLP
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106
(626) 792-0855 Phone
(626) 792-0879 Fax
*dfife@hahnfife.com*

FILED & ENTERED

SEP 14 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WEST COAST PLASTICS EQUIPMENT & KNIFE, INC.<br><br>Debtor. | Case No. 6:25-bk-14813 RB<br><br>Chapter 7<br><br>ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY., LLP AS ACCOUNTANTS |

The Court having read and considered the Trustee's Application to Employ Hahn Fife & Company., LLP as Accountants Pursuant to U.S.C. Section 327(a) ("Application") filed on August 14, 2026 as Docket 30, noting the lack of opposition, and with good cause shown,

/ /

/ /

/ /

IT IS ORDERED that the Application is granted and the Chapter 7 Trustee is authorized to employ Hahn Fife & Company as accountants for the estate with an effective date of August 8, 2026. Employment is under 11 U.S.C. § 327(a) and compensation and reimbursement of costs are subject further application, determination, and approval by this court under 11 U.S.C. § 330 or § 331.

###

Date: September 14, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge